UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PREDRAG CICVARA, | Civil Action No.3:09-cv-2054 (JCH) (HF) |
| Plaintiff, | |
| v. | January 16, 2010 |
| THE GILLETTE COMPANY and PROCTER & GAMBLE COMPANY, INC., DURACELL, AN ENTITY OF UNKNOWN FORM and LYNNE BURNETT | AFFIDAVIT OF <u>LYNNE BURNETT</u> |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW MEXICO   :
                      : ss.
COUNTY OF LINCOLN     :

LYNNE BURNETT, being duly sworn, deposes and says:

1. I am named as an individual defendant in the above-captioned matter, and am a former employee of Defendant The Procter & Gamble Company (incorrectly pled as "Procter & Gamble Company, Inc."). I submit this Affidavit upon my own personal knowledge. I offer this Affidavit in support of The Gillette Company, The Procter & Gamble Company (collectively "Procter & Gamble") and Lynne Burnett's (collectively "Defendants'") opposition to Plaintiff's Motion To Remand to State Court and For Joinder of an Additional Party.

2. I have maintained my permanent residence in the State of Florida since January 2009.

Error! Unknown document property name.

3. From January 2009 and until I retired from Procter & Gamble in January 2010, I worked remotely from my permanent residence in the State of Florida and would commute to Bethel, Connecticut or Cincinnati, Ohio, or other locations as necessary.

4. When I commuted to Bethel, Connecticut from my permanent residence in the State of Florida, I would stay at a house I rented at 6 West Mountain Road, Ridgefield, Connecticut 06877. The lease for this rented house expired in September 2008, after which I rented the house on a month-to-month basis until September 2009. This is the address listed for me in the Certificate of Service of Plaintiff's Amended Complaint. After conducting the necessary business in Connecticut, I would return to my permanent residence in the State of Florida.

5. After the lease expired and I stopped renting the house on a month-to-month basis, I would stay with a friend in New York or a hotel if I had to commute to Connecticut, after which I would return to my home in Florida.

6. I am registered to vote in the State of Florida, and I have a Florida-issued drivers' license.

7. I am currently in the State of New Mexico on vacation.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

*Lynne Burnett*
Lynne Burnett

Sworn to before me
this 12th day of January, 2010

*Robert Odom*
Notary Public

OFFICIAL SEAL
ROBERT ODOM
Notary Public
State of New Mexico
My Comm. Expires 2/4/2013

-3-