UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PREDRAG CICVARA, | : Civil Action No. 3:09-CV-2054 |
| | : (JCH) |
| Plaintiff, | : |
| | : |
| v. | : March 24, 2010 |
| | : |
| THE GILLETTE COMPANY and PROCTER & GAMBLE COMPANY, Inc., DURACELL, AN ENTITY OF UNKNOWN FORM and LYNN BURNETT, | : **JOINT STATEMENT PURSUANT TO CLERK'S ORDER DATED <u>MARCH 8, 2010</u>** |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to the Clerk of the Court's Notice to Counsel, dated March 8, 2010 (the "March 8 Notice"), Plaintiff Predrag Cicvara ("Plaintiff") and Defendants The Gillette Company, Procter & Gamble Company, Inc., and Lynne Burnett ("Defendants") (together, the "Parties") respectfully submit the following explanation as to why the Parties did not confer within thirty days after the first appearance for Defendants, as required by Local Civil Rule 26(f), and did not file a joint report, using Local Form 26(f), within fourteen days of the conference:

1.      On January 6, 2010, Plaintiff filed an Amended Complaint, naming Lynne Burnett as an additional Defendant, and a Motion to Remand to State Court and for Joinder of an Additional Party.

2.      On January 22, 2010, Defendant Lynne Burnett made an appearance by filing a Motion to Dismiss Count Eight of the Amended Complaint.  On that same date, all Defendants filed a motion in opposition to Plaintiff's Motion to Remand and for Joinder of an Additional Party.

3. On February 12, 2010, Plaintiff filed a memorandum in opposition to Defendant Lynne Burnett's Motion to Dismiss Count Eight of the Amended Complaint, and in further support of his Motion for Joinder of an Additional Party.

4. On February 25, 2010, Defendant Lynne Burnett filed a Reply in Further Support of her Motion to Dismiss Count Eight of the Amended Complaint.

5. Because the Parties were focused on briefing the Motion to Dismiss, Motion to Remand and for Joinder of an Additional Party, the Parties inadvertently failed to focus on the discovery plan until the briefing was completed.

6. The Parties participated in a Rule 26(f) planning meeting on March 3, 2010, and began preparing their joint report of the conference at that point. The Parties were in the midst of drafting their report when they received the March 8 Notice directing the parties to file the report by March 29, 2010.

7. Both parties have served their Rule 26(a)(1) Initial Disclosures, and will file their Local Form 26(F) report simultaneously with this statement.

8. The Parties apologize to the Court for their oversight and delay, and respectfully request that no sanctions be issued.

Respectfully submitted,

| LAW OFFICES OF MICHAEL E. SKIBER | SEYFARTH SHAW LLP |
|---|---|
| By /s/ Michael E. Skiber | By /s/ Edward Cerasia II |
| Michael E. Skiber (ct 27935) | Edward Cerasia II (ct 13096) |
| 135 Elm Street | 620 Eighth Avenue, 32nd Floor |
| Bridgeport, CT 06615 | New York, New York 10018 |
| (203) 615-0090 | (212) 218-5500 |
| skiberlaw@gmail.com | ecerasia@seyfarth.com |
| Attorney for Plaintiff | Attorneys for Defendants |