UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x
:
PREDRAG CICVARA,                                        :Civil Action No.3:09-cv-2054
                                                        :(JCH)
       Plaintiff,                                       :
                                                        :
    v.                                                  :JUNE  16, 2010
                                                        :
 THE GILLETTE COMPANY and PROCTER &                     :**PLAINTIFF'S NOTICE OF**
                                                        :**MANUAL FILING**
GAMBLE COMPANY, INC, DURACELL, AN ENTITY                :
OF UNKNOWN FORM, and LYNNE BURNETT,                     :
                                                        :
       Defendants.                                      :
                                                        :
---------------------------------------------------------------------------x

    Please take notice that Plaintiff has manually filed the following documents [Exhibits A through E].  This document has not been filed electronically because the Exhibits cannot be converted to an electronic format

    The documents have been manually served on all parties.


                                               Respectfully Submitted,

                                               /s/ Michael E. Skiber, Esq.
                                               Michael E. Skiber, Esq.
                                               The Law Office of Michael E. Skiber, LLC
                                               Federal Bar No. ct27935
                                               135 Elm Street, Bridgeport, CT  06604
                                               (203) 615-0090