# EXHIBIT A

Re: Please Read This E-mail                                                                                                        Page 1 of 2

**From:**   Cicvara, Predrag [IMCEAEX-
            _O=PG_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=CICVARA+2EP@excl
**Sent:**   Wednesday, June 10, 2009 6:49 AM
**To:**     bell@practical.com.hk
**Subject:** Re: Please Read This E-mail

Life seems better now Bel. It would be very difficult without you. Listening (still in the car with Lori, River and Tanya) to Ali Farka song Ai Du (blues you listened to in Singapore). Sweet memories!

I can promise that never again I will be a "dirty man" with you.

Thank you.


Predrag Cicvara

----- Original Message -----
From: Bel <bell@practical.com.hk>
To: Cicvara, Predrag
Cc: Bel <bell@practical.com.hk>
Sent: Wed Jun 10 03:42:01 2009
Subject: Re: Please Read This E-mail

I'm sorry because I don't love you but I know you love me so. I appreciated you in the past because we were just friend. What I cannot accept is what you did in the last few days. Without those dirty things, we can be friend. I'm on the way to airport now. Will call you in about 30 mins.

Bel

Sent via BlackBerry® from 3

---

From: "Cicvara, Predrag"
Date: Wed, 10 Jun 2009 02:51:19 -0400
To: <bell@practical.com.hk>
Subject: Please Read This E-mail


Hi ma Belle,

Having nothing more urgent to occupy my mind in the plane I am thinking about all the wonderfull moments that I had a privilege to experience in the last year or so, all connected to you. From your Bethel's visit last year, to our December's moments together, through the European winter, our exchange of short e-mails while traveling, receiving a postcard from you, my warm feelings about you, my desire to protect you and inexplicable closeness that I felt towards you all this time.

It was you whom I chose to confine my thoughts when I had troubles, and it appeared you chose the same by starting to confine your personal dilemmas and doubts to me. I have cherished our secret friendship deeply all the way feeling extremely strong respect for you as a person, successful business woman, as a woman and as a friend.

This is NOT changed today I guess I have desire to say and would like you to understand. I would love nothing more than to take back few emotional outbreaks that I experinced last few days. Had I known that I have risked losing such a precious thing as our friendship, I wouldn't ever have attempted what I so foolishly did misjudging the nature of our closeness in the last few days.

Maybe the cultural differences that you so graceously tried to point out in one of our conversations did ironically played the

Confidential

PG000475

Re: Please Read This E-mail

part in what transpired lately. I believe if you had taken a strong stance against my foolish attempts to get more out of our relation stopping it from the very beginning, I would have stopped then and would have still be in that special relation with you that meant so much to me. By being so polite and trying not to hurt my feelings you have unconciously encouraged my (macho? possessive? animouse? stupid?) efforts to get more than you were ready to give.

Foolish dirty old man! How quickly such a wonderfool friendship (at least on my part) could be destroyed!?

So I guess I am trying to tell you that regardless of what your decision about us and our friendship will be, I still will have all these little precious pieces of happiness deeply carved in my memory and nothing will take these from me ever.

I can only hope that you will understand me and remain beeing my true friend in the future. Again I can only say I am sorry for what I did to you and I know there is no real excuse for it. Not sure that I described correctly what I really feel but probably can't do it better anyway. Maybe, just maybe you could understand what went wrong a bit better.

I hope I will have a strength to send this e-mail after landing.

Sorry if reading this stream of thoughts took too much of your time, which I know you don't have much of. I simply had to write it.

Your friend Predrag

Predrag Cicvara

Confidential

PG000476