# EXHIBIT A



## Statement
This policy states the company retention time for backups regardless of medium used (tape, CD, etc.). Due to retention time differences, either a backup or an archive is created.

## Time Limits
The maximum retention time is 32 days. Various rotation periods can be utilized (7 days, 14 days, etc) within this time limit with the backups returning to rotation at the end of that period.

## P&G Principles
- We only do work and only ask for work that adds value to the business.
- We simplify, standardize and streamline our current work whenever possible.

## Definitions
Backup - refers to the routine (daily, weekly, etc.) process of taking a snapshot of the data/system, which provides the ability to restore a computer system and its data as it existed before a given incident.

Archive – refers to removing selected data from a system (e.g. reduce space, system retires) or for a snapshot taken (e.g. year-end) and is kept in separate storage per the appropriate record series listed in P&G's Corporate Records Retention Schedule (retentionschedule.pg.com). Archived data is never updated, overwritten or erased for the specified retention period.

## Special Activities
Legal Holds – When notified of a legal hold, confirm whether it includes electronically stored information on backups or if other methods of information extraction from the backups will suffice.

Divestitures – Backups remain in normal rotation unless otherwise stated within the divesting contract.

Backup Cleansing – Backups are cleansed in manner that the data is not easily re-constructible when the backup medium is no longer used due to age, media condition, etc.

## Potential Litigation Backup Information
IDS may be asked to provide the following information for litigation;
- System name & file format backed up.
- Type of medium used (e.g. tape, disk, etc.), backup frequency and its rotation period.
- Storage location of backup.
- How counts are maintained (e.g. purchases – destroyed tapes = count, backup inventory list, etc.).
- Statement on how backups are removed from rotation (e.g. met maximum rewrites, age, etc.).
- How medium is cleansed before destruction and destruction method used.

## Contact
For questions regarding this policy, send an e-mail to recordshelp.im.

Approved:  April 28, 2009
Superseded:
Authors: Jane Connerton-JM/Randy Moeller-RJ
Supersedes Version 4.1