# EXHIBIT B

## Wilczewski, Peggy

| | |
|---|---|
| **From:** | Sparkes, Duncan |
| **Sent:** | Tuesday, July 14, 2009 11:56 AM |
| **To:** | Benedic, LeighAnne |
| **Cc:** | Brock, Louise; Burnett, Lynne; Wilczewski, Peggy; Krass, Marc |
| **Subject:** | Letter from Attorney |
| **Attachments:** | Predrag Cicvara lawyer July 2009.pdf |

Leigh-Anne
I understand you are managing Duracell matter since Amanda has moved on.
Pls find attached faxed letter I received from the attorney of a recently-terminated employee. I will forward the original when it arrives.

May I leave this matter in your hands for follow-up.

Kind regards,
Duncan Sparkes