# EXHIBIT C

| | |
|---|---|
| **From:** | Lourenco, Tomas [lourenco.tf@pg.com] |
| **Sent:** | Wednesday, July 08, 2009 10:19 AM |
| **To:** | Babis, Kevin |
| **Cc:** | Ellison, Paul; Lourenco, Tomas |
| **Subject:** | Predrag Cicvara has left the company and the PC and SecurID token need to be returned |
| **Importance:** | High |

Kevin,

Paul Ellison and I are Account Security Administrators (ASA) for the Bethel department 0020. HR notifies us when employees are terminated and when contractors' assignments come to an end.
For security reasons, we are required to cancel IT accounts based on the termination dates given to us by HR. The normal process would be for the "Request Account Termination" eform to be completed, but in order to prevent possible unwanted or malicious access we must act promptly based on those dates.

One of my other functions is to insure that P&G - PC assets (SEWP'd PCs, SecurID tokens, etc) are returned to stock once no longer needed. This insures that monthly RU charges are stopped thus resulting in cost savings to your department. On the security side and per P&G policy, NO ONE is authorized to login as another individual on any PC for any reason; *__this strictly violates P&G Standards and Policies.__*

Predrag Cicvara was terminated on 6/15/2009 and is no longer working with the Company, the IT accounts have been terminated but the PC has not been returned. You are listed as the manager so please go, or have your admin go, to: http://my.pg.com - Employee Resources - Forms/Request Center - IT Services - Computer Hardware & Accessories - and complete the "Return Computer or Accessories" eform. The completion of this eform will generate a Service Desk ticket to the local HP queue and you will be contacted for coordination of the PC pickup.

We will continue to monitor the return of this PC and SecurID token.

Thank you for your understanding and cooperation.

Regards,
Tomas Lourenco
Bethel ASA - Department 0020
Site Services Leader - Bethel
GBS - Duracell BU
Office: 203-796-4231
Mobile: 203-768-1198
lourenco.tf@pg.com



The information in this e-mail and any attachments is confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not an intended recipient, please delete the message and any attachments and notify the sender that you have received this communication in error.
Any unauthorized use or disclosure of the contents may be unlawful.

8/10/2010