# EXHIBIT D

Address: http://gbs.pg.com/ws/content/PROD/Secured-001/37C2F259ACDD748285256C3300454955English.html?request:

**644001 – Return Computer Or Accessories**

Form  Summary  (i) Status  ↑ Post comment  Save  X Abandon

### Request Log

10-July-2009 14:27:08 - Created as #000644001 (fletcher.cm)

10-July-2009 14:27:08 - ▼ Updated (fletcher.cm)

Reason For Return?: Employee left company
Type of Equipment: PC
Model Type: Dell Latitude D630
Serial Number: 73Y44F1
Any More hardware to return: No
Is the equipment disconnected?: Yes
Where is the Equipment physically located?: Bethel GO Tech Center, AB153A
Requester Name: fletcher.cm
Requester T#: AX1768
Requester Phone Number: 1-203-796-4127
Is this request for someone else?: No
Requester Location: Bethel GO & Tech Center
Please add any additional comments as needed.: This PC belonged to Predrag Cicvara who left the company.

10-July-2009 14:27:08 - Submitted (fletcher.cm)

### Delivery Process

010  Execution  Progress  Start:10-July-2009 14:27:08   End:

10-July-2009 14:27:08 - Notified aughelp.im@pg.com with Default Email Message (system)
10-July-2009 14:27:08 - Sending (system)
10-July-2009 14:27:25 - Assigned to service team (Service Team)
10-July-2009 14:27:25 - Registered as 25782252 (Service Team)
10-July-2009 14:27:25 - Target date estimated to 17-Jul-2009 (Service Team)
10-July-2009 14:27:25 - Status changed to 'assigned' (Service Team)