UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------------x
:
PREDRAG CICVARA,                                       :   Civil Action No.3:09-cv-2054
                                                       :   (JCH)
    Plaintiff,                                        :
                                                       :
    v.                                                :
                                                       :
THE GILLETTE COMPANY and PROCTER &                     :
GAMBLE COMPANY, INC, DURACELL, AN ENTITY               :
OF UNKNOWN FORM, and LYNNE BURNETT,                    :
                                                       :   September 28, 2010
    Defendants.                                       :
---------------------------------------------------------------------------------x

MOTION TO WITHDRAW APPEARANCE

       Pursuant to Local Rule 7(e), of the United States District Court for the District of Connecticut, the undersigned respectfully moves the court for leave to withdraw his appearance in the above captioned action for the Plaintiff, Predrag Cicvara.  Mr. Cicvara has not communicated to counsel whether he intends to proceed pro se or engage successor counsel, but there is nonetheless good cause for the granting of this motion, to wit:  Mr. Cicvara has repeatedly, despite the many requests of his counsel, failed to follow the advice of counsel with regard to trial preparation and strategy, which has caused irreconcilable differences between counsel and client that is vital in civil litigation.  The undersigned counsel has transmitted a copy of the forgoing motion to Mr. Cicvara and has informed him that he should engage counsel or to otherwise file a *pro se* appearance, then, in the event that the Court grants the undersigned's motion to withdraw appearance, the result will prevent an adverse consequence, such as dismissal.  Counsel has already offered and Mr. Cicvara has accepted the case file and counsel will make every effort to facilitate a seamless transition in representation.

        Respectfully Submitted,


        By: /s/ Michael E. Skiber, Esq.
        The Law Office of Michael E. Skiber, LLC
        135 Elm Street
        Bridgeport, CT 06604
        P: (203) 615-0090    F: (203) 335-0607
        Fed. Bar No. ct27935