# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

PREDRAG  CICVARA,
      Plaintiff,

V.

THE GILLETTE COMPANY and PROCTER
& GAMBLE COMPANY and DURACELL.
          Defendants,

CASE NUMBER: 3:09-CV-2054

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    CICVARA,  PREDRAG

October 26, 2010
**Date**

04233
**Connecticut Federal Bar Number**

(860) 675-5313
**Telephone Number**

(860) 675-7104
**Fax Number**

Igorbox38@hotmail.com
**E-mail address**

_____
**Signature**

Igor I. Sikorsky, Jr.
**Print Clearly or Type Name**

P.O. Box 38
**Address**

Unionville, CT 06085

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following: and fax.

Attorney Michael E. Skiber
Law Office of Michael E. Skiber, LLC
125 Elm Street
Bridgeport, CT 06604
Fax:(203) 335-0607

Attorney Edward Cerasia, II
Seyfarth Shaw, LLP - NY
620 Eight Avenue
New York, NY 10018
(917) 344-1272

Attorney Richard I. Scharlat
Greenberg, Traurig
Met Life Bldg
200 Park Avenue - New York, NY 10166

_____
**Signature**
Igor I. Sikorsky, Jr.

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001