UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PREDRAG CICVARA, | : Civil Action No. 3:09-CV-2054 (JCH) |
| Plaintiff, | : |
| v. | : December 27, 2010 |
| THE GILLETTE COMPANY and PROCTER & GAMBLE COMPANY, Inc., DURACELL, AN ENTITY OF UNKNOWN FORM and LYNNE BURNETT, | : **JOINT STATUS REPORT** |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In accordance with the Court's March 31, 2010, Scheduling Order Regarding Case Management Plan, plaintiff Predrag Cicvara ("Cicvara"), through his counsel, Igor I. Sikorsky, Jr., and defendants The Gillette Company ("Gillette") and Procter & Gamble Company, Inc. ("P&G")[1] (collectively "Defendants"), through their counsel, Edward Cerasia II of Seyfarth Shaw LLP, respectfully submit this Joint Status Report.

## I.   DEFENDANTS' STATEMENT

**Status of Discovery:**  To date, the parties have exchanged initial disclosures, interrogatories, and document demands, and responses to the same.  On September 30, 2010, Michael Skiber, Esq., moved to withdraw as counsel for plaintiff, and on November 5, 2010, this Court granted Attorney Skiber's motion to withdraw.  On October 26, 2010, Igor Sikorsky, Jr., Esq., filed a Notice of Appearance on plaintiff's behalf.

---

[1] On July 20, 2010, this Court granted Lynn Burnett's ("Burnett's") motion to dismiss the tortuous interference claim against her, but granted Cicvara leave to amend the Amended Complaint as to that claim.  Despite the passage of five months, Cicvara did not file a Second Amended Complaint.  Thus, Burnett is no longer a defendant in this case.

Upon receiving Attorney Sikorsky's Notice of Appearance, counsel for defendants scheduled Cicvara's deposition for December 3, 2010.  On December 1, 2010, Edward Cerasia, counsel for Defendants, became ill and subsequently missed one week of work.  Because of his illness, Defendants were not able to take Cicvara's deposition.  Consequently, on December 10, 2010, counsel for Defendants requested a 30-day extension of the discovery schedule.  On that same day, Attorney Sikorsky filed a motion requesting a 90-day extension of the discovery schedule.  On December 13, 2010, this Court granted a 60-day extension of the discovery schedule, setting February 15, 2011, as the deadline for fact discovery.

On December 21, 2010, Defendants took Plaintiff's deposition.

**Current Deadlines:**  As per the Court's December 13, 2010 Order, discovery shall be completed on or before February 15, 2011.

Dispositive motions will be submitted on or before March 15, 2011.

**Contemplated Motions or Amendments to Pleadings:**  At this juncture, Defendants do not contemplate filing an amendment to their Answer to the Amended Complaint.  Defendants anticipate filing a motion for summary judgment at the close of discovery.

## II. PLAINTIFF'S STATEMENT

Defendants statement accurately summarizes the status of the case. Plaintiff will file by January 5, 2011 a supplemental request for disclosure and production as well as or Request for admission.

Dated this 27th day of December, 2010.

Respectfully submitted,

| | |
|---|---|
| IGOR I. SIKORSKY, JR., ESQ. | SEYFARTH SHAW LLP |
| By /s/  Igor S. Sikorsky, Jr. | By   /s/ Edward Cerasia II |
|     Igor S. Sikorsky, Jr. | Edward Cerasia II (ct 13096) |
| P.O. Box 38 | Hema Chatlani (phv04023) |
| Unionville, CT 06605 | 620 Eighth Avenue, 32nd Floor |
| (860) 675-5313 | New York, New York 10018 |
|  igorbox38@hotmail.com | (212) 218-5500 |
| Attorney for Plaintiff | ecerasia@seyfarth.com |
| | Attorneys for Defendants |