UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PREDRAG CICVARA            :        CIVIL ACTION NO.:3:09-CV-2054(JCH)

      Plaintiff,        :

VS.                                      :

THE GILLETTE COMPANY and
PROCTER & GAMBLE COMPANY, Inc.
DURACELL, AN ENTITY OF UNKNOWN
FORM and LYNNE BURNETT   :

      Defendants.   :     FEBRUARY 23, 2011

## MOTION TO COMPEL
## PRODUCTION OF DOCUMENTS

   The Plaintiff has requested that the Defendant produce for inspection and copying all e-mail messages of the principal individuals "who were involved in Cicvara's termination. The request is limited to the period from June 1st to July 15th 2009.

   The request is not "burdensome" because it would be beyond credibility for Defendants to claim that they do not have this material already in their files. The request has nothing to do with earlier ruling of this Court in its July 20, 2010 hearing.

   Plaintiff therefore requests that an order be entered directing Defendant to produce the documents set forth. For the convenience of the Court a copy of the afore said request requests and the Defendants response is attached hereto as Exhibit A.

-2-

Plaintiff

By _____
    Igor I. Sikorsky, Jr.
    P.O. Box 38
    Unionville, CT 06085
    (860) 675-5313
    Unionville, CT 06085

## **CERTIFICATION**

    This is to certify that the copy of the foregoing was sent by U.S. Mail to:
Attorney Edward Cerasia, II.
Seyfarth Shaw, LLP-NY
Attorneys
620 Eight Avenue
New York, NY 10018

_____
Igor I. Sikorsky, Jr.