UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PREDRAG CICVARA,                                        :   Civil Action No. 3:09-cv-2054
                                                        :   (JCH) (HF)
        Plaintiff,                            :
                                                        :
        v.                                    :   April 15, 2011
                                                        :
THE GILLETTE COMPANY and PROCTER &                      :
GAMBLE COMPANY and DURACELL, AN ENTITY                  :
OF UNKNOWN FORM and LYNNE BURNETT,                      :
                                                        :
        Defendants.                           :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF EDWARD CERASIA II, ESQ.

I, EDWARD CERASIA II, declare under the penalty of perjury:

1.     I am a partner with the law firm Seyfarth Shaw LLP, attorneys for defendants The Gillette Company and The Procter & Gamble Company in the above-captioned action. I submit this Declaration, which is based upon personal knowledge, in support of the defendants' motion for summary judgment.

2.     Appended to this Declaration as **Exhibit A** is a true and correct copy of each of the following pages from the deposition transcript of plaintiff Predrag Cicvara: 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 34, 35, 36, 38, 40, 41, 43, 46, 49, 50, 51, 52, 53, 54, 68, 69, 71, 72, 86, 87, 88, 97, 98, 99, 100, 103, 104, 105, 106, 109, 110, 111, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 132, 133, 136, 137, 138, 148, 149, 153, 154, 155, 160, 161, 162, 169.

3.     Appended to this Declaration as **Exhibit B** is a true and correct copy of each of the following Exhibits from Mr. Cicvara's deposition: Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4,

2

Exhibit 5, Exhibit 6, Exhibit 7, Exhibit 9, Exhibit 10, Exhibit 11, Exhibit 12, Exhibit 13, Exhibit 14, Exhibit 15, Exhibit 16, and Exhibit 17.

4. Appended to this Declaration as **Exhibit C** is a true and correct copy of emails between Andrew Yau and Erik Lawson, from June 2009, bates-stamped PG000480-PG000483.

5. Appended to this Declaration as **Exhibit D** is a true and correct copy of Mr. Cicvara's Stock Options/Future Shares Account Summary for period ending December 14, 2009, bates-stamped PG000523-PG000524.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Date Executed:  April 15, 2011

  s/ Edward Cerasia II
Edward Cerasia II