# EXHIBIT C

-----Original Message-----
From: Lawson, Erik
Sent: Thursday, June 25, 2009 08:19
To: Wilczewski, Peggy; Burnett, Lynne
Subject: Fw: Duracell

This should be the last email trail on this topic and Practical would like to close the
discussion at this point.

Sent from Blackberry

----- Original Message -----
From: andrew <andrew@ji-net.com>
To: Lawson, Erik
Sent: Thu Jun 25 00:09:35 2009
Subject: Re: Duracell

Dear Erik,

Thanks for the e mail. I just returned from HK and I spent enough time with Bel during this
trip. She is handling it fine and definitely she would like, most of all,to forgive and
forget about it. In a way, she also feel a bit guilty that Pregard lost his job because of
this - and I told her not to feel that way as what happened is in the past and nothing can be
done about it. So lets leave it this way - she totally understand and she can handle this.

I'll come to Hong Kong to have dinner with you on July 7. Lets meet at the Peninsula Hotel ,
the French restaurant - Geddi. It is on the side entrance on the 2 nd. floor. If you have any
problem, please call  my HK mobile no. 94900537. Or else, I'll see you there.

There'll be a lot of issues we need to discuss in terms of business. Practical's hope has
been on growing our business with Duracell - however, with all the hard work we put in during
the last 2/3 years - our order book is not supporting our operation now and in the
foreseeable future. This is the most urgent challenge facing Practical at the momment. We are
very disappointed with the level of order for the Daylites, as well as other business with
your company.

Please be rest assured that Bel is doing fine and she is committed to Practical and will
alway do her best for both of our companies.

See you soon in Hong Kong and looking forwards to catching up with you.

1

Best personal regards

Andrew


----- Original Message -----

From: Lawson, Erik <mailto:lawson.ec@pg.com>
To: Andrew <mailto:andrew@net1.ji-net.com>
Sent: Wednesday, June 24, 2009 12:27 AM
Subject: RE: Duracell


Dear Andrew


Thanks for the reply. I understand this is an uncomfortable situation for Bel. I am simply offering to apologize in person on behalf of P&G as Mr. Cicvara violated one of the most important beliefs of the Proctor and Gamble Company - trust. We have great respect for Bel and she has done a terrific job working with Duracell. This incident has been managed very confidentially within P&G and only myself, Human Resources and a few others in executive management are aware of the details. Nitesh and the other people Bel works with are not aware of this situation nor do they know any details. Bel should not feel uncomfortable working with Duracell and we hope she will continue in her position and work with us as we grow our business together. Please make sure she understands this.


I will be in Hong Kong the week of July 6th. I arrive at the Hong Kong airport at 2:00 PM on the 7th and should be at the hotel by 5:00 PM. If you are available, it would be good to meet, if not only for dinner. As we assess the lighting business, there may be more opportunity for Practical. If you're not available, Christina and Mike will likely be in China at the end of July/early August and they will find time to meet with your then. I look forward to hearing from you. Thanks.


Regards,


Erik Lawson

Associate Director

Procter & Gamble Company

Durables Spend Pool

Duracell GBU SPOC

203-796-4092

lawson.ec@pg.com

2

From: Andrew [mailto:andrew@net1.ji-net.com]
Sent: Monday, June 22, 2009 2:18 AM
To: Lawson, Erik
Subject: Re: Duracell


Dear Erik,,


Thank you for the kind e mail. I met with Bel Liu this morning in Hong Kong and informed her of the situation.


The best is to forgive and forget. What is done is done and it is unfortunate and it does happens.


I would let it be in the past as I told Bel this morning. Its better not to embarrass her again by bringing this up.


Thanks again and it is unfortunate..


Regards


Andrew

----- Original Message -----

From: Lawson, Erik <mailto:lawson.ec@pg.com>

To: andrew <mailto:andrew@ji-net.com>

Cc: Wilczewski, Peggy <mailto:wilczewski.pm@pg.com>

Sent: Tuesday, June 16, 2009 12:42 AM

Subject: Duracell


Dear Andrew,


3

Confidential

PG000482

I am aware of the unfortunate situation that occurred last week when our employee, Predrag Cicvara, was conducting an audit.  This is to advise you that he is no longer employed by Procter & Gamble and neither you nor you employees need to be concerned about interacting with him in the future.  We regret that this situation occurred, and we moved quickly to remedy the situation.


Please accept our apologies and assurances that this will have no adverse impact on our ongoing working relationship.  It is regrettable this unfortunate incident tarnishes a long and productive relationship between our two companies.  Inappropriate behavior is against our company policy and is not tolerated under any circumstances.


We'd like to also apologize to Ms. Bel Liu.  We admire her employee's courage in bringing forth this information.  Can you suggest what we might do to make appropriate apologies to her?  Please advise what you think would be most appropriate – a letter of apology, a small gift as a token of our appreciation, or any other ideas.


Will you please inform Ms. Bel Liu that Predrag Cicvara is no longer an employee of P&G?  If either you or Ms. Liu have any questions, please do not hesitate to contact me or Peggy Wilczewski, with whom Ms. Liu spoke with last week.


Thank you,



Erik Lawson

Associate Director

Procter & Gamble Company

Durables Spend Pool

Duracell GBU SPOC

203-796-4092

lawson.ec@pg.com



4

PG000483

# EXHIBIT D

System : NPD/400
Page No. : 1

My Stock Options/Future Shares Account Summary
Stock Plan Administration
Date From 01/01/1900 To 12/24/2009

Date : 12/24/2009

* Adjusted for Stock Splits.

Employee Number : 00146527
Employee Name : O'GARA, BRIDGET
Address : 2222 North Brown Road, Fairfield, CT, 06824, US

Customer Status : Terminated
Replacement Status : Withdrawn
Business Unit : CF-HROLCY SUPPLY

Item Qnty : US
Ext Qnty : US
Com Qnty : US

| Series-Id Description | Series Type Description | Term Tp / Exc Tr / Method of Exercise / Transaction Status / Order Type | Grant Price/Share * | Grant Date / Grant Expr | Shares Granted * / Shares Cancelled / Shares Exchged / Shares Transacted | Shares Outstanding / Shares to Cover Expr / Shares Disc to Exp / Stock Disc Method | Shares Pending / Gross Fair Market Val / Est Tax / Gross Broker Proceeds | Shares Exercisable / Broker Fees / Est Net Income / Exercise Price | Shares Exercised / Taxable Amount / Cash to Cover Cost | Vesting Date / Cn Cancel ? / Cash Held ? | Valid Until / Item Curr. / Crw Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-21-01-I | ISO | ONEDED / SHRES CNCELED | 28.984600 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 0.000 / 1,550.000 | 1,550.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/21/2004 | 07/15/2009 / 0.000000000 |
| 05-20-02-I | ISO | ONEDED / SHRES CNCELED | 36.432300 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 0.000 / 1,550.000 | 1,550.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/20/2005 | 07/15/2009 / 0.000000000 |
| 05-19-03-I | ISO | ONEDED / SHRES CNCELED | 33.210000 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 0.000 / 1,550.000 | 1,550.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/19/2006 | 07/15/2009 / 0.000000000 |
| 05-19-03-N | NSO | ONEDED / SHRES CNCELED | 33.210000 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 975.000 | 975.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/19/2006 | 07/15/2009 / 0.000000000 |
| 05-17-04-I | ISO | ONEDED / SHRES CNCELED | 44.205100 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 812.000 | 812.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/17/2007 | 07/15/2009 / 0.000000000 |
| 05-17-04-N | NSO | ONEDED / SHRES CNCELED | 44.205100 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 1,656.000 | 1,656.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/17/2007 | 07/15/2009 / 0.000000000 |
| 05-16-05-1-A | | ONEDED / SHRES CNCELED | 53.252000 USD | 06/16/2009 / 06/16/2009 | 0.000 / 0.000 / 650.000 | 650.000 / 0.000 / 0.000 | 0.000 / 0.00 USD / 0.00 USD / 0.00 USD | 0.000 / 0.00 USD / 0.00 USD / 0.000000 USD | 0.000 / 0.00 USD / 0.00 USD | 06/16/2005 | 07/15/2009 / 0.000000000 |

Confidential

System : BPS/400
Page No. : 2

Employee Number : 00165927
Employee Name : COOPER, BRIAN
Address : 2202 North Brown Rd., Fairfield, CT, 06824, US

## My Stock Options/Future Shares Account Summary
### Stock Plan Administration
Date From 01/01/1900 To 12/24/2009

Date : 12/24/2009
* Adjusted for Stock Splits

Customer Status : Transferred
Employment Status : Withdrawn
Business Unit : C-PRUSTC SUPPLY

Home Country : US
Host Country : US
Cost Center : 113056300

| Series-ID Description | Series/Type Description | Curr. Entry/Gran. * | Curr. Date Curr. Grant | Shares Granted * / Shares Outstanding / Shares to Over Cnt / Shares Due. To Emp / Stock Dist. Method | Shares Pending | Shares Exercisable | Vesting Date / Valid Until | Shares Exercised |
|---|---|---|---|---|---|---|---|---|
| | Time. Dr. | Method Of Exercise | | Shares Exercised | | Broker Fees | Cross Cntrol ? | |
| | Exec. Dr. | Transaction Status | | Shares Recharged | | Exc. Net Income | Net Curr. | On Cntrol ? |
| | | Order Type | | Shares Transacted | | Exercise Price | Cash Paid ? | Hst. Curr. |
| 05-16-05-1-C | ISO | | 53.290300 USD | 650.000 | 0.000 | 0.000 | 06/16/2007 | 0.000 |
| | 06/16/2009 | ONCELED | 06/16/2005 .000 | 0.000 | 0.00 USD | 0.00 USD | 07/15/2009 | 0.00 USD |
| | 06/16/2009 | SHARES CANCELED | | 0.000 | 0.00 USD | 0.00 USD | | 0.00 USD |
| | ISO | | | 650.000 | 0.00000000 | 0.000000 | | 0.000000000 |
| 05-16-05-1-C | ISO | | 53.290300 USD | 650.000 | 0.000 | 0.000 | 06/16/2007 | 0.000 |
| | 06/16/2009 | CANCELED | 06/16/2005 .000 | 0.000 | 0.00 USD | 0.00 USD | 07/15/2009 | 0.00 USD |
| | 06/16/2009 | SHARES CANCELED | | 0.000 | 0.00 USD | 0.00 USD | | 0.00 USD |
| | ISO | | | 650.000 | 0.00000000 | 0.000000 | | 0.000000000 |

Confidential