# EXHIBIT A

**From:** Schmude, Dina
**Sent:** Thursday, June 11, 2009 10:42 AM
**To:** Wilczewski, Peggy
**Subject:** Re: Follow up to our conversation

Thanks Peggy for sending this.  Do you want me to write up the draft of the timeline?  I am up in a couple of minutes, but can start it right after.

Dina

----- Original Message -----
From: Wilczewski, Peggy
To: Bel <bell@practical.com.hk>
Cc: Schmude, Dina
Sent: Thu Jun 11 10:10:19 2009
Subject: Follow up to our conversation

Bel,


We want to thank you again for sharing with us the events that took place this past week while you were traveling with Predrag for the Singapore and Thailand audits.  We know this was not an easy matter to discuss and appreciate your openness with us.


We are in the process of typing up the notes we took down during our conversation and will send them to you shortly so you can verify that the information we captured was accurate.


In the meantime, please forward the text message conversations you had with Predrag this week to our cell phones.  Those numbers are as follows:


203 - 300 - 1274 (Peggy's phone)


203 - 278 - 4657 (Dina's phone)


Also please send us the email Predrag sent you apologizing for his behavior.


If you could send us the contact information (email address and phone number) for your supervisor, Andrew Yau, we'd appreciate it.


Best regards,


Peggy and Dina


1

NFIDENTIAL

# EXHIBIT B

**From:**        Wilczewski, Peggy

**Sent:**        Thursday, June 11, 2009 12:54 PM

**To:**          Bel

**Cc:**          Schmude, Dina

**Subject:**     For your review

**Attachments:** Notes from Bel Liu on 6-11-09.doc

Bel,

We want to thank you again for sharing with us the events that took place this past week while you were traveling with Predrag for the Singapore and Thailand audits. We know this was not an easy matter to discuss and appreciate your openness with us.

We have typed up the notes we took down during our conversation today. Please review them as soon as you can and let us know of any changes. If possible, please send us any corrections before the end of the week. (We realized this request is for a quick turn around but we would like to address this situation as soon as possible.)

In the meantime, please forward the text message conversations you had with Predrag this week to our cell phones. Our numbers are as follows:

203 – 300 - 1274 (Peggy's phone)

203 – 278 – 4657 (Dina's phone)

Also please send us as soon as you can the email Predrag sent you apologizing for his behavior.

If you could send us the contact information (email address and phone number) for your supervisor, Andrew Yau, we'd appreciate it. We'd like to let him know that we have this investigation underway.

Best regards,

Peggy and Dina

ONFIDENTIAL

Phone conversation with Bel Liu of Practical Lighting and

At 7:30 am (ET) Dina Schmude and Peggy Wilczewski called Bel in Hong Kong (9 011 852 9673 7194) as they had scheduled this time to speak together.

Peggy and Dina told Bel that they were aware that she had called Austin Lin earlier in the week to tell him that Predrag Cicvara, of Duracell's quality team, had made unwelcome advances to her and that they needed for her to share with her everything that took place even though this could be difficult to discuss — especially with 2 people she did not know and that this was a phone conversation and not an in-person meeting.

They asked Bel to tell them about her role at Practical in Hong Kong. Bel said she is the GM and has been there for 6 years and handles questions about quotes, quality issues, and other things. Peggy and Dina then asked Bel questions to better understand what took place with Predrag and why he made her uncomfortable.

Q: How long have you known Austin?
A: Since March of last year.

Q: How long have you known Predrag?
A: Since June or July of last year. Predrag replaced Austin in the role working with us.

Q: How did things start off with Predrag?
A: He treated me as a friend and we sometimes talked of business and sometimes personal things.

Q: How often did you meet with Predrag?
A: We met 3 times in person. In September of last year when I made the trip to Bethel to meet the purchasing team. In December 2009 when he came to China for the factory audit. And the third time a few days ago for the audit in Indonesia and Thailand. Before the Bethel trip, we mostly emailed and it was mostly about business.

Q: How was your meeting with him last September in Bethel? Did he do anything to make you uncomfortable at that visit?
A: No, that was okay.

Q: How about last December's trip when you met in China?
A: No, that was okay. The uncomfortable things started a few days ago. Since I'm Chinese, it is difficult for me to discuss this and he is a customer. It was uncomfortable physical contact. He helped me type, tried to kiss me, moved his hands around my body.

Q: Where did this happen?
A: It took place in Indonesia last Friday in my hotel room. It was after we had lunch and he came to my room. On the second night in Singpore, he seemed to want to do something with me. He asked me if I wanted to come to his room, and I said no. He sent

me a text message saying he wanted to return the sun protector and T-shirts we bought that day. He hugged and kissed me. I told him I did not like it and did not want it. He said he wanted to please me. He said I'm attracted to you. I want you to be my friend but I hope it will be more than a friend. I said he had to leave and he asked why. He is a customer so I tried to be polite. I told him my company paid for my room and it is for me only. He said I know you don't love me but you like me. I did not reply. Then when we went to the factory audit in Singapore, I was quiet.

Q: It would help us to better understand the things that happened during your travels with Predrag if we could go in order. Can you describe for us what happened in the following days?

A: On Friday, after working we had a drink with the other P&G auditor, Dave (Arnsperger). After we finished our drinks Predrag asked me if he could see my room to look at the view. I was not comfortable with this but since he is the customer I let him come to my room. I work with many customers and I am never approached this way, I knew something was wrong. He hugged me in my room so I opened the door and asked him to leave. He asked me do you want to try? Are you enjoying it? I clearly said no that I didn't like it. I told him that he should think about your wife and your son. I told him I did not like it. He told me that he just wanted to touch me. I told him he was a dirty old man and he said yes I am. I told him we are neither a couple or lovers so please stop thinking about me. And then finally he left.

~~On Saturday we were in Singapore he asked me if I wanted to come to his room and I~~ said I did not. He then found an excuse to come to my room. He told me that he fell in love with me. I opened the door to show him again that I wanted him to leave.

On Monday we left Singapore for Thailand. Dave remained in Singapore to do other audit work there. We had dinner with our team. It was me, Predrag, my boss (Andrew Yau), and the other managing director from my company (Yuen Yau). Laurie (Leach), the other P&G auditor, came late that night and was not there in time to meet us for dinner. After dinner I went to my room as I felt sick. Predrag sent me a text asking if he could see me. I told him no. Then he was standing at my door. I let him in the room. I don't know how to reject a customer. He brought dessert with him as his excuse to come in the room. I laid on the bed because I did not feel well. He turned off the lights in the room and tried to get on my bed. I was very sick and could not move. I asked him not to touch me and told him I was serious. He tried to give me a massage. I told him I did not want him anyone to touch me. I would not even have wanted my husband to touch me as I felt so sick. He then put his hand on my body and I was I was not feeling well and couldn't struggle. He kissed my eyes and chin and when he tried to kiss my lips, I turned my face. I kept saying don't touch me. He said I just want to touch you. Then he took off his clothes except for his underwear. He was still on the bed. I asked him to leave. He said you don't want to see my belly. I said I don't want to see you.

I then escaped from my bed. I did not look at him. I turned away and told him to put on his clothes. I told him that I did not want to put on the light and see his naked body. He

PG  000578

did get dressed and I put the light on. I was angry and shouted to him and told him I hated what he did. He tried to hold me and kiss me. I struggled and ran to the corner of my room. He chased me and asked me what happened. I told him that it was very late and that he had to go. I told I have to sleep. Finally he left. He was in my room for about an hour.

The next day was Tuesday. I told Andrew and Yuen that I was sick and stayed in my room that day. I told Andrews that I had some uncomfortable physical contact from Predrag. I told Andrew that I spoke to Austin and he told me to follow what Austin tells me about reporting this to the P&G team. I told him I felt bad about getting Predrag in trouble. Andrew told me not to be kind to Predrag. He said he was going to tell Nitesh (Singh) that Predrag is not to work with me.

Predrag sent me a text message and I told him that we were not lovers. I went to dinner that night. At dinner were Laurie, Andrew, Andrew's wife, Predrag, and Yuen. Predrag behaved himself in front of the others. After dinner he asked for a little chat. I rejected his request. I could not tolerate any more. Predrag, Laurie, and I all went back to our rooms. All was fine while Laurie was there. Laurie had checked in to the hotel after us so she was on the 32nd floor and Predrag and I were on the 38th floor. When the elevator got to the 38th floor, we got out into the lobby area on that floor. He approached me on the 38th floor lobby. He touched my body and kissed me and asked if I wanted to talk. I told him I needed to get packed to leave the next day. Finally he let go after kissing me. I told him that I was sorry. He asked me why I said that. He asked if I said that because I did not love him. I told him it is out of my control. Predrag then asked if I told Andrew what had happened. I was afraid of him.

The next day, Wednesday, we were still in Indonesia. I saw Predrag in the morning. We were all getting ready to travel that day. I decided to return to him the T-shirt he bought me in Singapore. I put it outside his room on the floor of the hallway. I went back to my room. He came to my room, pushed the door open and asked why I returned the T-shirt. He asked if I had told anyone. I told him that I was afraid of him. Predrag said he was surprised I was afraid of him. I tried calling Austin but reached his voicemail. *(Presumably this is when Austin's voicemail recorded the conversation between Predrag and Bel.)* He asked me who I was calling. I did not respond. He then left as he had to check out and meet Laurie at 8 am who was waiting for him in the lobby. He left down and sad. He then left for China with Laurie and I went home to Hong Kong.

Since he left, he sent me an email apologizing to me. He called me at my time Wednesday night and said he was sorry to make me afraid of him. He sent me a text message apologizing.

Peggy and Dina told Bel that they will write up the notes from this conversation and send them to her to review for accuracy. They also told Bel that they would keep her apprised of the situation and want to reach out to her supervisor, Andrew, to let him know of our investigation. Bel was asked to send them Andrew's email and phone information. We

asked her not to communicate any more with Austin about this matter as it is important that he not be involved while we conduct our investigation.  They also told her that they would like her to send the text messages and emails to them and would provide their cell numbers so she could do so.

The conversation concluded at 9 am ET.

# EXHIBIT C

From:          Wilczewski, Peggy
Sent:          Thursday, June 11, 2009 1:00 PM
To:            Burnett, Lynne
Cc:            Schmude, Dina
Subject:       Our draft notes
Attachments: Notes from Bel Liu on 6-11-09.doc

Lynne,

Attached is as copy of the notes Dina and I recorded today when we spoke with Bel Liu of Hong Kong. I have sent the notes to Bel asking her to review them to ensure we correctly captured what she shared with us.  It was hard for her to talk about this.  We could tell that speaking about it was upsetting and sometimes she flip flopped from one day's events to another so we want to be sure we have the right sequence of events.

She has text messages and email(s) from him that we've asked her to send us.  If this documentation turns out to be what she described, I think we'll have a lot of information to support her side of the story.  I don't think she wants to get him in trouble.  We told her that people are responsible for their actions and that if any disciplinary action is taken against him, it would be as a result of his actions.

If you get some free time this afternoon, let me know.

Peggy

NFIDENTIAL

**Thursday, June 11, 2009**

Phone conversation with Bel Liu of Practical Lighting and

At 7:30 am (ET) Dina Schmude and Peggy Wilczewski called Bel in Hong Kong (9 011 852 9673 7194) as they had scheduled this time to speak together.

Peggy and Dina told Bel that they were aware that she had called Austin Lin earlier in the week to tell him that Predrag Cicvara, of Duracell's quality team, had made unwelcome advances to her and that they needed for her to share with her everything that took place even though this could be difficult to discuss — especially with 2 people she did not know and that this was a phone conversation and not an in-person meeting.

They asked Bel to tell them about her role at Practical in Hong Kong. Bel said she is the GM and has been there for 6 years and handles questions about quotes, quality issues, and other things. Peggy and Dina then asked Bel questions to better understand what took place with Predrag and why he made her uncomfortable.

Q:  How long have you known Austin?
A:  Since March of last year.

Q:  How long have you known Predrag?
A:  Since June or July of last year. Predrag replaced Austin in the role working with us.

Q:  How did things start off with Predrag?
A:  He treated me as a friend and we sometimes talked of business and sometimes personal things.

Q:  How often did you meet with Predrag?
A:  We met 3 times in person. In September of last year when I made the trip to Bethel to meet the purchasing team. In December 2009 when he came to China for the factory audit. And the third time a few days ago for the audit in Indonesia and Thailand. Before the Bethel trip, we mostly emailed and it was mostly about business.

Q:  How was your meeting with him last September in Bethel? Did he do anything to make you uncomfortable at that visit?
A:  No, that was okay.

Q:  How about last December's trip when you met in China?
A:  No, that was okay. The uncomfortable things started a few days ago. Since I'm Chinese, it is difficult for me to discuss this and he is a customer. It was uncomfortable physical contact. He helped me type, tried to kiss me, moved his hands around my body.

Q:  Where did this happen?
A:  It took place in Indonesia last Friday in my hotel room. It was after we had lunch and he came to my room. On the second night in Singpore, he seemed to want to do something with me. He asked me if I wanted to come to his room, and I said no. He sent

ONFIDENTIAL

me a text message saying he wanted to return the sun protector and T-shirts we bought that day. He hugged and kissed me. I told him I did not like it and did not want it. He said he wanted to please me. He said I'm attracted to you. I want you to be my friend but I hope it will be more than a friend. I said he had to leave and he asked why. He is a customer so I tried to be polite. I told him my company paid for my room and it is for me only. He said I know you don't love me but you like me. I did not reply. Then when we went to the factory audit in Singapore, I was quiet.

Q: It would help us to better understand the things that happened during your travels with Predrag if we could go in order. Can you describe for us what happened in the following days?

A: On Friday, after working we had a drink with the other P&G auditor, Dave (Amsperger). After we finished our drinks Predrag asked me if he could see my room to look at the view. I was not comfortable with this but since he is the customer I let him come to my room. I work with many customers and I am never approached this way, I knew something was wrong. He hugged me in my room so I opened the door and asked him to leave. He asked me do you want to try? Are you enjoying it? I clearly said no that I didn't like it. I told him that he should think about your wife and your son. I told him I did not like it. He told me that he just wanted to touch me. I told him he was a dirty old man and he said yes I am. I told him we are neither a couple or lovers so please stop thinking about me. And then finally he left.

On Saturday we were in Singapore he asked me if I wanted to come to his room and I said I did not. He then found an excuse to come to my room. He told me that he fell in love with me. I opened the door to show him again that I wanted him to leave.

On Monday we left Singapore for Thailand. Dave remained in Singapore to do other audit work there. We had dinner with our team. It was me, Predrag, my boss (Andrew Yau), and the other managing director from my company (Yuen Yau). Laurie (Leach), the other P&G auditor, came late that night and was not there in time to meet us for dinner. After dinner I went to my room as I felt sick. Predrag sent me a text asking if he could see me. I told him no. Then he was standing at my door. I let him in the room. I don't know how to reject a customer. He brought dessert with him as his excuse to come in the room. I laid on the bed because I did not feel well. He turned off the lights in the room and tried to get on my bed. I was very sick and could not move. I asked him not to touch me and told him I was serious. He tried to give me a massage. I told him I did not want anyone to touch me. I would not even have wanted my husband to touch me as I felt so sick. He then put his hand on my body and I was I was not feeling well and couldn't struggle. He kissed my eyes and chin and when he tried to kiss my lips, I turned my face. I kept saying don't touch me. He said I just want to touch you. Then he took off his clothes except for his underwear. He was still on the bed. I asked him to leave. He said you don't want to see my belly. I said I don't want to see you.

I then escaped from my bed. I did not look at him. I turned away and told him to put on his clothes. I told him that I did not want to put on the light and see his naked body. He

did get dressed and I put the light on. I was angry and shouted to him and told him I hated what he did. He tried to hold me and kiss me. I struggled and ran to the corner of my room. He chased me and asked me what happened. I told him that it was very late and that he had to go. I told I have to sleep. Finally he left. He was in my room for about an hour.

The next day was Tuesday. I told Andrew and Yuen that I was sick and stayed in my room that day. I told Andrews that I had some uncomfortable physical contact from Predrag. I told Andrew that I spoke to Austin and he told me to follow what Austin tells me about reporting this to the P&G team. I told him I felt bad about getting Predrag in trouble. Andrew told me not to be kind to Predrag. He said he was going to tell Nitesh (Singh) that Predrag is not to work with me.

Predrag sent me a text message and I told him that we were not lovers. I went to dinner that night. At dinner were Laurie, Andrew, Andrew's wife, Predrag, and Yuen. Predrag behaved himself in front of the others. After dinner he asked for a little chat. I rejected his request. I could not tolerate any more. Predrag, Laurie, and I all went back to our rooms. All was fine while Laurie was there. Laurie had checked in to the hotel after us so she was on the 32nd floor and Predrag and I were on the 38th floor. When the elevator got to the 38th floor, we got out into the lobby area on that floor. He approached me on the 38th floor lobby. He touched my body and kissed me and asked if I wanted to talk. I told him I needed to get packed to leave the next day. Finally he let go after kissing me. I told him that I was sorry. He asked me why I said that. He asked if I said that because I did not love him. I told him it is out of my control. Predrag then asked if I told Andrew what had happened. I was afraid of him.

The next day, Wednesday, we were still in Indonesia. I saw Predrag in the morning. We were all getting ready to travel that day. I decided to return to him the T-shirt he bought me in Singapore. I put it outside his room on the floor of the hallway. I went back to my room. He came to my room, pushed the door open and asked why I returned the T-shirt. He asked if I had told anyone. I told him that I was afraid of him. Predrag said he was surprised I was afraid of him. I tried calling Austin but reached his voicemail. *(Presumably this is when Austin's voicemail recorded the conversation between Predrag and Bel.)* He asked who I was calling. I did not respond. He then left as he had to check out and meet Laurie at 8 am who was waiting for him in the lobby. He left down and sad. He then left for China with Laurie and I went home to Hong Kong.

Since he left, he sent me an email apologizing to me. He called me at my time Wednesday night and said he was sorry to make me afraid of him. He sent me a text message apologizing.

Peggy and Dina told Bel that they will write up the notes from this conversation and send them to her to review for accuracy. They also told Bel that they would keep her apprised of the situation and want to reach out to her supervisor, Andrew, to let him know of our investigation. Bel was asked to send them Andrew's email and phone information. We

ONFIDENTIAL

asked her not to communicate any more with Austin about this matter as it is important that he not be involved while we conduct our investigation. They also told her that they would like her to send the text messages and emails to them and would provide their cell numbers so she could do so.

The conversation concluded at 9 am ET.

# EXHIBIT D

**From:** Bel [bel@practical.com.hk]
**Sent:** Friday, June 12, 2009 8:18 AM
**To:** Wilczewski, Peggy
**Cc:** Schmude, Dina
**Subject:** RE: For your review

**Attachments:** Notes from Bel Liu on 6-11-09.doc; Re: Please Read This E-mail; P's msg on 6/9; B's reply on 6/9; P's msg-II on 6/9; P's msg on 6/10; P's msg-II on 6/10

      

Notes from Bel Liu on 6-11-09....  Re: Please Read This E-mail  P's msg on 6/9  B's reply on 6/9  P's msg-II on 6/9  P's msg on 6/10  P's msg-II on 6/10

Dear Peggy,

I forwarded you 8 text messages that I couldn't convert them to email format this morning. Let me know if you didn't receive them. I also attached Predrag's email and the 5 remaining messages as email format.

Besides, I amended the notes and highlighted in blues for my changes.  I added on some memories and feelings. Please understand that I tried to be polite when hosting customer.

Andrew's email is andrew@ji-net.com. Let me know what else do you need.

Best regards,

Bel

Practical Group of Companies

Tel: +852 2332 1887

DL: +852 2781 3166

Fax: +852 2770 3754

www.practical.com.hk <http://www.practical.com.hk/>

Disclaimer

Information contained in this message is confidential and may be legally privileged. This message is intended solely for addressee(s). If you are not the named addressee, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful.

From: Wilczewski, Peggy [mailto:wilczewski.pm@pg.com]
Sent: Friday, June 12, 2009 12:54 AM
To: Bel
Cc: Schmude, Dina
Subject: For your review

1

ONFIDENTIAL

We want to thank you again for sharing with us the events that took place this past week while you were traveling with Predrag for the Singapore and Thailand audits.  We know this was not an easy matter to discuss and appreciate your openness with us.

We have typed up the notes we took down during our conversation today.  Please review them as soon as you can and let us know of any changes.  If possible, please send us any corrections before the end of the week.  (We realized this request is for a quick turn around but we would like to address this situation as soon as possible.)

In the meantime, please forward the text message conversations you had with Predrag this week to our cell phones.  Our numbers are as follows:

203 - 300 - 1274 (Peggy's phone)

203 - 278 - 4657 (Dina's phone)

Also please send us as soon as you can the email Predrag sent you apologizing for his behavior.

If you could send us the contact information (email address and phone number) for your supervisor, Andrew Yau, we'd appreciate it.  We'd like to let him know that we have this investigation underway.

Best regards,

Peggy and Dina

2

ONFIDENTIAL

**Thursday, June 11, 2009**

Phone conversation with Bel Liu of Practical Lighting and

At 7:30 am (ET) Dina Schmude and Peggy Wilczewski called Bel in Hong Kong (9 011 852 9673 7194) as they had scheduled this time to speak together.

Peggy and Dina told Bel that they were aware that she had called Austin Lin earlier in the week to tell him that Predrag Cicvara, of Duracell's quality team, had made unwelcome advances to her and that they needed for her to share with her everything that took place even though this could be difficult to discuss — especially with 2 people she did not know and that this was a phone conversation and not an in-person meeting.

They asked Bel to tell them about her role at Practical in Hong Kong. Bel said she is the GM and has been there for 6 years and handles questions about quotes, quality issues, and other things. Peggy and Dina then asked Bel questions to better understand what took place with Predrag and why he made her uncomfortable.

Q: How long have you known Austin?
A: Since March of last year.

Q: How long have you known Predrag?
A: Since June or July of last year. Predrag replaced Austin in the role working with us.

Q: How did things start off with Predrag?
A: He treated me as a friend and we sometimes talked of business and sometimes personal things.

Q: How often did you meet with Predrag?
A: We met 3 times in person. In September of last year when I made the trip to Bethel to meet the purchasing team. In December 2009 when he came to China for the factory audit. And the third time a few days ago for the audit in Indonesia and Thailand. Before the Bethel trip, we mostly emailed and it was mostly about business.

Q: How was your meeting with him last September in Bethel? Did he do anything to make you uncomfortable at that visit?
A: No, that was okay.

Q: How about last December's trip when you met in China?
A: No, that was okay. The uncomfortable things started a few days ago. Since I'm Chinese, it is difficult for me to discuss this and he is a customer. It was uncomfortable physical contact. He ~~helped me type~~ hugged me tight, tried to kiss me, moved his hands around my body.

Q: Where did this happen?
A: It took place in Indonesia last Friday in my hotel room. It was after we had ~~lunch~~ dinner and he came to my room. On the second night in Singpore, he seemed to want to

do something with me. He asked me if I wanted to come to his room, and I said no. He sent me a text message saying he wanted to return the sun protector and T-shirts we bought that day. He hugged and unusually kissed me. I told him I did not like it and did not want it. He said he wanted to please me. [He said I'm attracted to you. I want you to be my friend but I hope it will be more than a friend] this dialogue took place in Thailand. I said he had to leave and he asked why. He is a customer so I tried to be polite. I told him my company paid for my room and it is for me business only. He said you can treat me as a friend, not customer; I know you don't love me but you like me. I did not reply. Then when we went to the factory audit in ~~Singapore~~ Thailand, I was quiet. He asked me are you mad with me.

Q: It would help us to better understand the things that happened during your travels with Predrag if we could go in order. Can you describe for us what happened in the following days?

A: On Thursday, we had dinner with Dave and Willies (the representative of Practical's Indonesia factory) in Indonesia. Except Willies, we both drank little beers. Predrag held my hands in front of everyone after dinner when we were walking toward the lift lobby of restaurant. He stopped doing it after we left the lift to get on the car returning to hotel. On Friday, after working we had a drink with the other P&G auditor, Dave (Arnsperger). After we finished our drinks Predrag asked me if he could see my room to look at the view. I was not comfortable with this but since he is the customer I let him come to my room. I work with many customers and I am never approached this way, I knew something was wrong. He hugged me in my room so I opened the door while he was still hugging me and asked him to leave. He asked me do you want to try? Are you enjoying it? I clearly said no that I didn't like it. I told him that he should think about your wife and your son. I told him I did not like it. [ He told me that he just wanted to touch me. I told him he was a dirty old man and he said yes I am] it was the conversation happened in Thailand, not Indonesia. [ I told him we are neither a couple or lovers so please stop thinking about me ] it was the text message I sent him on 6/9. And then finally he left. I can describe that the thing happened in Indonesia was just slightly more than a casual talk.

On Saturday we were in Singapore he asked me if I wanted to come to his room and I said I did not. He then found an excuse to come to my room. He told me that he fell in love with me. I opened the door to show him again that I wanted him to leave. And then I sent a text message to Austin telling him I was afraid of Predrag but I had to pretend I was not because I didn't want to give him hard feeling.

On ~~Monday~~ Sunday we left Singapore for Thailand. Dave remained in Singapore to do other audit work there. Predrag told me he wanted to have connected room when checking in the hotel. We had dinner with our team. It was me, Predrag, my boss (Andrew Yau), and the other managing director from my company (Yuen Yau). Laurie (Leach), the other P&G auditor, came late that night and was not there in time to meet us for dinner. After dinner Yuen was be with me and Predrag returning to hotel because Yuen needed to take back his briefcase in my room. Predrag sent me text message after we returned to our own rooms asking if Yuen left or not. He finally came in my room but

I could not recall what happened on that night because we drank certain red wine at dinner. I believe he didn't stay in my room for long time.

On Monday, after dinner I went to my room as I felt sick. Predrag sent me a text asking if Yuen left again as he could see me. I told him no. Then he was standing at my door. I let him in the room. I don't know how to reject a customer. He brought dessert with him as his excuse to come in the room. I laid on the bed because I did not feel well. He turned off the lights in the room and tried to get on my bed. I was very sick and could not move. I asked him not to touch me and told him I was serious. He tried to give me a massage. I told him I did not want him ~~anyone~~ to touch me. He said I just wanted you to be pleased. [ I would not even have wanted my husband to touch me as I felt so sick ] this is what my approach when I come across periodical sick, not what I told Predrag. He then put his hand on my body and I was I was not feeling well and couldn't struggle. Then he kissed my arms and legs but I didn't look at him because I was so uncomfortable so I needed to stay there. [ He kissed my eyes and chin (actually he kissed every inch of my face) and when he tried to kiss my lips, I turned my face] this happened in the lift lobby on Tuesday night, not Monday. I kept saying don't touch me. He said I just want to touch you. Then he took off his clothes except for his underwear. He was still on the bed. I asked him to leave. He said you don't want to see my belly. I said I don't want to see you.

After I relieved from sick, I then escaped from my bed. I did not look at him. I turned away and told him to put on his clothes. I told him that I did not want to put on the light and see his naked body. He did get dressed the shirt only and was quite unwilling to put on his pants so I put the light on. I was angry and shouted to him and told him I hated what he did. Then he finally dressed on his pants. He tried to hold me and kiss me. I struggled and ran to the corner of my room. When he was on my bed, I ran to sofa. He came to me and put me on bed again and said I want to rape you but I didn't understand the word "rape" at that moment so I asked what is rape. I somehow hurt his forehead when struggling with him on bed. He chased me and asked me what happened. I told him that it was very late and that he had to go. I told I have to sleep. Finally he left. He was in my room for about an hour. In conclude, he did the rude thing but he didn't threaten me or shout at me. Every word he said was gentle. He did not do any violent action. I was afraid of him because he has such intention of the dirty thing.

The next day was Tuesday. I had a call to Austin telling him what had happened on last night and he encouraged me to report to Andrew because Predrag made me felt fear of him no matter what the excuse was. I told Andrew and Yuen that I was sick and stayed in my room that day. I told Andrews that I had some uncomfortable physical contact from Predrag. I told Andrew that I spoke to Austin and he told me to follow what Austin tells me about reporting this to the P&G team. I told him I felt bad about getting Predrag in trouble. Andrew told me not to be kind to Predrag. He said he was going to tell Nitesh (Singh) that Predrag is not to work with me.

Predrag sent me a text message after Yuen told him I was not available to accompany them for the audit and I told him that we were not lovers. I went to dinner that night. At

dinner were Laurie, Andrew, Andrew's wife, Predrag, and Yuen. Predrag behaved himself in front of the others. [ After dinner he asked for a little chat. I rejected his request. I could not tolerate any more] it was happened on the 38th floor. Predrag, Laurie, and I all went back to our rooms. All was fine while Laurie was there. Laurie had checked in to the hotel after us so she was on the ~~32nd~~ 33rd floor and Predrag and I were on the 38th floor. When the elevator got to the 38th floor, we got out into the lobby area on that floor. He approached me on the 38th floor lobby. He touched my body and kissed me and asked if I wanted to talk. I told him I needed to get packed to leave the next day. Finally he let go after kissing me. I told him that I was sorry. He asked me why I said that. He asked if I said that because I did not love him. I told him it is out of my control. Predrag then asked if I told Andrew what had happened. I was afraid of him. I said you shouldn't do it. He asked shouldn't do what. I said you shouldn't hold me like this. I asked if he could remember I told him I don't like and I don't want. He also said sorry to me but I told him it's too late.

The next day, Wednesday, we were still in ~~Indonesia~~ Thailand. I ~~saw~~ didn't see Predrag in the morning. ~~We were all getting~~ He was ready to travel that day. I decided to return to him the T-shirt he bought me in Singapore. I put it outside his room on the floor of the hallway. I went back to my room. He came to my room, pushed the door open and asked why I returned the T-shirt. He asked if I had told anyone. I told him that I was afraid of him. Predrag said he was surprised I was afraid of him. I tried calling Austin but reached his voicemail. *(Presumably this is when Austin's voicemail recorded the conversation between Predrag and Bel.)* He asked me who I was calling. I did not respond. He then left as he had to check out and meet Laurie at 8 am who was waiting for him in the lobby. He left down and sad. He then left for China with Laurie and I went home to Hong Kong.

Since he left, he sent me an email apologizing to me. He called me at my time Wednesday night and said he was sorry to make me afraid of him. He sent me a text message apologizing.

Peggy and Dina told Bel that they will write up the notes from this conversation and send them to her to review for accuracy. They also told Bel that they would keep her apprised of the situation and want to reach out to her supervisor, Andrew, to let him know of our investigation. Bel was asked to send them Andrew's email and phone information. We asked her not to communicate any more with Austin about this matter as it is important that he not be involved while we conduct our investigation. They also told her that they would like her to send the text messages and emails to them and would provide their cell numbers so she could do so.

The conversation concluded at 9 am ET.

:ONFIDENTIAL

**From:**   Cicvara, Predrag

**Sent:**   Wednesday, June 10, 2009 6:49 AM

**To:**   bell@practical.com.hk

**Subject:** Re: Please Read This E-mail

Life seems better now Bel. It would be very difficult without you. Listening (still in the car with Lori, River and Tanya) to Ali Farka song Ai Du (blues you listened to in Singapore). Sweet memories!

I can promise that never again I will be a "dirty man" with you.

Thank you.


Predrag Cicvara

----- Original Message -----
From: Bel <bell@practical.com.hk>
To: Cicvara, Predrag
Cc: Bel <bell@practical.com.hk>
Sent: Wed Jun 10 03:42:01 2009
Subject: Re: Please Read This E-mail

I'm sorry because I don't love you but I know you love me so. I appreciated you in the past because we were just friend. What I cannot accept is what you did in the last few days. Without those dirty things, we can be friend. I'm on the way to airport now. Will call you in about 30 mins.

Bel

Sent via BlackBerry® from 3


From: "Cicvara, Predrag"
Date: Wed, 10 Jun 2009 02:51:19 -0400
To: <bell@practical.com.hk>
Subject: Please Read This E-mail


Hi ma Belle,

Having nothing more urgent to occupy my mind in the plane I am thinking about all the wonderfull moments that I had a privilege to experience in the last year or so, all connected to you. From your Bethel's visit last year, to our December's moments together, through the European winter, our exchange of short e-mails while traveling, receiving a postcard from you, my warm feelings about you, my desire to protect you and inexplicable closeness that I felt towards you all this time.

It was you whom I chose to confine my thoughts when I had troubles, and it appeared you chose the same by starting to confine your personal dilemmas and doubts to me. I have cherished our secret friendship deeply all the way feeling extremely strong respect for you as a person, successful business woman, as a woman and as a friend.

This is NOT changed today I guess I have desire to say and would like you to understand. I would love nothing more than to take back few emotional outbreaks that I experinced last few days. Had I known that I have risked losing such a precious thing as our friendship, I wouldn't ever have attempted what I so foolishly did misjudging the nature of our closeness in the last few days.

Maybe the cultural differences that you so graceously tried to point out in one of our conversations did ironically played the part in what transpired lately. I believe if you had taken a strong stance against my foolish attempts to get more out of our relation stopping it from the very beginning, I would have stopped then and would have still be in

ONFIDENTIAL

that special relation with you that meant so much to me. By being so polite and trying not to hurt my feelings you have unconciously encouraged my (macho? possessive? animouse? stupid?) efforts to get more than you were ready to give.

Foolish dirty old man! How quickly such a wonderfool friendship (at least on my part) could be destroyed!?

So I guess I am trying to tell you that regardless of what your decision about us and our friendship will be, I still will have all these little precious pieces of happiness deeply carved in my memory and nothing will take these from me ever.

I can only hope that you will understand me and remain beeing my true friend in the future. Again I can only say I am sorry for what I did to you and I know there is no real excuse for it. Not sure that I described correctly what I really feel but probably can't do it better anyway. Maybe, just maybe you could understand what went wrong a bit better.

I hope I will have a strength to send this e-mail after landing.

Sorry if reading this stream of thoughts took too much of your time, which I know you don't have much of. I simply had to write it.

Your friend Predrag


Predrag Cicvara

CONFIDENTIAL

**From:**      Bel [bell@practical.com.hk]
**Sent:**      Friday, June 12, 2009 3:02 AM
**To:**        Bel
**Subject:** P's msg on 6/9

After Yuen told Predrag I was on sick leave.

------ SMS ------
From: +12032430079
Sent: Jun 9, 2009 10:52
Subject: I hope you will bew better soon.

I hope you will bew better soon. Feel terrible that can't be with you and pamper you.
Sent via BlackBerryR from 3

ONFIDENTIAL

**From:** Bel [bell@practical.com.hk]
**Sent:** Friday, June 12, 2009 3:04 AM
**To:** Bel
**Subject:** B's reply on 6/9

----- SMS -----
To: +12032430079
Sent: Jun 9, 2009 11:04
Subject: Thx P.

Thx P. I'm fine but I have to re-emphasis that we are not either couples or lovers. Pls stop thinking about me.
Sent via BlackBerryR from 3

CONFIDENTIAL

From:     Bel [bell@practical.com.hk]
Sent:     Friday, June 12, 2009 3:07 AM
To:       Bel
Subject: P's msg-II on 6/9

------ SMS ------
From: +12032430079
Sent: Jun 9, 2009 11:14
Subject: Right.

Right. No need to emphasize the obvious. Thx for the good time though. P.
Sent via BlackBerryR from 3

ONFIDENTIAL

**From:**     Bel [bell@practical.com.hk]
**Sent:**     Friday, June 12, 2009 3:11 AM
**To:**       Bel
**Subject:** P's msg on 6/10

Before he found the shirt I left him

—— SMS ——
From: +12032430079
Sent: Jun 10, 2009 06:27
Subject: Gd mrng.

Gd mrng. Still sleeping or don't want to answer after all?

Are u sleeping? I hv a Q – why did you say I will understand why are you sorry??
Sent via BlackBerryR from 3

ONFIDENTIAL

From:      Bel [bell@practical.com.hk]
Sent:      Friday, June 12, 2009 3:12 AM
To:        Bel
Subject: P's msg-II on 6/10

After he left the hotel for airport


------ SMS ------
From: +12032430079
Sent: Jun 10, 2009 11:15
Subject: Just wanted to tell you that I am...

Just wanted to tell you that I am still in a shock and disgusted by myself and my poor judgment of things that were going btw us. Forgive me if you can. P.

Sent via BlackBerryR from 3

ONFIDENTIAL

# EXHIBIT E

**From:** Wilczewski, Peggy
**Sent:** Friday, June 12, 2009 11:30 AM
**To:** Burnett, Lynne
**Subject:** FW: For your review

**Attachments:** Notes from Bel Liu on 6-11-09.doc; Re: Please Read This E-mail; P's msg on 6/9; B's reply on 6/9; P's msg-II on 6/9; P's msg on 6/10; P's msg-II on 6/10; Text messages fwded from Bel Liu - 6-12-09.doc

      

Notes from Bel Liu on 6-11-09....    Re: Please Read This E-mail    P's msg on 6/9    B's reply on 6/9    P's msg-II on 6/9    P's msg on 6/10    P's msg-II on 6/10



Text messages fwded from Bel L...

Lynne,

The first 8 text messages that she sent me I typed up and attached to this file.  I had to get them from my BB as she could not send them in an email like she did with the others she has attached here.

I'm reworking the notes document I sent you yesterday to incorporate the changes she sent. I have to move a few things around.

Let me know if you want me to send my notes stuff to legal once I get the changes completed.  Or I can send it to you so you can forward it to them.

Thanks,

Peggy

---

From: Bel [mailto:bell@practical.com.hk]
Sent: Friday, June 12, 2009 8:18 AM
To: Wilczewski, Peggy
Cc: Schmude, Dina
Subject: RE: For your review

Dear Peggy,

forwarded you 8 text messages that I couldn't convert them to email format this morning.

1

FIDENTIAL

Let me know if you didn't receive them. I also attached Predrag's email and the 5 remaining messages as email format.

Besides, I amended the notes and highlighted in blues for my changes. I added on some memories and feelings. Please understand that I tried to be polite when hosting customer.

Andrew's email is andrew@ji-net.com. Let me know what else do you need.

Best regards,

Bel

Practical Group of Companies

Tel: +852 2332 1887

DL: +852 2781 3166

Fax: +852 2770 3754

www.practical.com.hk <http://www.practical.com.hk/>

Disclaimer

Information contained in this message is confidential and may be legally privileged. This message is intended solely for addressee(s). If you are not the named addressee, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful.

--------------------------------------

From: Wilczewski, Peggy [mailto:wilczewski.pm@pg.com]
Sent: Friday, June 12, 2009 12:54 AM
To: Bel
Cc: Schmude, Dina
Subject: For your review

Bel,

We want to thank you again for sharing with us the events that took place this past week while you were traveling with Predrag for the Singapore and Thailand audits. We know this was not an easy matter to discuss and appreciate your openness with us.

We have typed up the notes we took down during our conversation today. Please review them as soon as you can and let us know of any changes. If possible, please send us any corrections before the end of the week. (We realized this request is for a quick turn around but we would like to address this situation as soon as possible.)

In the meantime, please forward the text message conversations you had with Predrag this week to our cell phones. Our numbers are as follows:

2

PG 000599

203 – 300 – 1274 (Peggy's phone)

203 – 278 – 4657 (Dina's phone)


Also please send us as soon as you can the email Predrag sent you apologizing for his behavior.


If you could send us the contact information (email address and phone number) for your supervisor, Andrew Yau, we'd appreciate it.  We'd like to let him know that we have this investigation underway.


Best regards,


Peggy and Dina

3

CONFIDENTIAL

**Thursday, June 11, 2009**
Phone conversation with Bel Liu of Practical Lighting and

At 7:30 am (ET) Dina Schmude and Peggy Wilczewski called Bel in Hong Kong (9 011 852 9673 7194) as they had scheduled this time to speak together.

Peggy and Dina told Bel that they were aware that she had called Austin Lin earlier in the week to tell him that Predrag Cicvara, of Duracell's quality team, had made unwelcome advances to her and that they needed for her to share with her everything that took place even though this could be difficult to discuss — especially with 2 people she did not know and that this was a phone conversation and not an in-person meeting.

They asked Bel to tell them about her role at Practical in Hong Kong. Bel said she is the GM and has been there for 6 years and handles questions about quotes, quality issues, and other things. Peggy and Dina then asked Bel questions to better understand what took place with Predrag and why he made her uncomfortable.

Q: How long have you known Austin?
A: Since March of last year.

Q: How long have you known Predrag?
A: Since June or July of last year. Predrag replaced Austin in the role working with us.

Q: How did things start off with Predrag?
A: He treated me as a friend and we sometimes talked of business and sometimes personal things.

Q: How often did you meet with Predrag?
A: We met 3 times in person. In September of last year when I made the trip to Bethel to meet the purchasing team. In December 2009 when he came to China for the factory audit. And the third time a few days ago for the audit in Indonesia and Thailand. Before the Bethel trip, we mostly emailed and it was mostly about business.

Q: How was your meeting with him last September in Bethel? Did he do anything to make you uncomfortable at that visit?
A: No, that was okay.

Q: How about last December's trip when you met in China?
A: No, that was okay. The uncomfortable things started a few days ago. Since I'm Chinese, it is difficult for me to discuss this and he is a customer. It was uncomfortable physical contact. He ~~helped me type~~ hugged me tight, tried to kiss me, moved his hands around my body.

Q: Where did this happen?
A: It took place in Indonesia last Friday in my hotel room. It was after we had ~~lunch~~ dinner and he came to my room. On the second night in Singapore, he seemed to want to

do something with me. He asked me if I wanted to come to his room, and I said no. He sent me a text message saying he wanted to return the sun protector and T-shirts we bought that day. He hugged and unusually kissed me. I told him I did not like it and did not want it. He said he wanted to please me. [He said I'm attracted to you. I want you to be my friend but I hope it will be more than a friend] this dialogue took place in Thailand. I said he had to leave and he asked why. He is a customer so I tried to be polite. I told him my company paid for my room and it is for ~~me~~ business only. He said you can treat me as a friend, not customer; I know you don't love me but you like me. I did not reply. Then when we went to the factory audit in ~~Singapore~~ Thailand, I was quiet. He asked me are you mad with me.

Q:  It would help us to better understand the things that happened during your travels with Predrag if we could go in order.  Can you describe for us what happened in the following days?

A:  On Thursday, we had dinner with Dave and Willies (the representative of Practical's Indonesia factory) in Indonesia. Except Willies, we both drank little beers. Predrag held my hands in front of everyone after dinner when we were walking toward the lift lobby of restaurant. He stopped doing it after we left the lift to get on the car returning to hotel. On Friday, after working we had a drink with the other P&G auditor, Dave (Arnsperger). After we finished our drinks Predrag asked me if he could see my room to look at the view. I was not comfortable with this but since he is the customer I let him come to my room. I work with many customers and I am never approached this way, I knew something was wrong. He hugged me in my room so I opened the door while he was still hugging me and asked him to leave.  He asked me do you want to try?  Are you enjoying it?  I clearly said no that I didn't like it. I told him that he should think about your wife and your son. I told him I did not like it. [ He told me that he just wanted to touch me. I told him he was a dirty old man and he said yes I am] it was the conversation happened in Thailand, not Indonesia. [ I told him we are neither a couple or lovers so please stop thinking about me ] it was the text message I sent him on 6/9. And then finally he left. I can describe that the thing happened in Indonesia was just slightly more than a casual talk.

On Saturday we were in Singapore he asked me if I wanted to come to his room and I said I did not. He then found an excuse to come to my room. He told me that he fell in love with me. I opened the door to show him again that I wanted him to leave. And then I sent a text message to Austin telling him I was afraid of Predrag but I had to pretend I was not because I didn't want to give him hard feeling.

On ~~Monday~~ Sunday we left Singapore for Thailand.  Dave remained in Singapore to do other audit work there. Predrag told me he wanted to have connected room when checking in the hotel. We had dinner with our team.  It was me, Predrag, my boss (Andrew Yau), and the other managing director from my company (Yuen Yau). Laurie (Leach), the other P&G auditor, came late that night and was not there in time to meet us for dinner. After dinner Yuen was be with me and Predrag returning to hotel because Yuen needed to take back his briefcase in my room. Predrag sent me text message after we returned to our own rooms asking if Yuen left or not. He finally came in my room but

I could not recall what happened on that night because we drank certain red wine at dinner. I believe he didn't stay in my room for long time.

On Monday, after dinner I went to my room as I felt sick. Predrag sent me a text asking if Yuen left again as he could see me. I told him no. Then he was standing at my door. I let him in the room. I don't know how to reject a customer. He brought dessert with him as his excuse to come in the room. I laid on the bed because I did not feel well. He turned off the lights in the room and tried to get on my bed. I was very sick and could not move. I asked him not to touch me and told him I was serious. He tried to give me a massage. I told him I did not want him anyone to touch me. He said I just wanted you to be pleased. [I would not even have wanted my husband to touch me as I felt so sick ] this is what my approach when I come across periodical sick, not what I told Predrag. He then put his hand on my body and I was I was not feeling well and couldn't struggle. Then he kissed my arms and legs but I didn't look at him because I was so uncomfortable so I needed to stay there. [ He kissed my eyes and chin (actually he kissed every inch of my face) and when he tried to kiss my lips, I turned my face] this happened in the lift lobby on Tuesday night, not Monday. I kept saying don't touch me. He said I just want to touch you. Then he took off his clothes except for his underwear. He was still on the bed. I asked him to leave. He said you don't want to see my belly. I said I don't want to see you.

After I relieved from sick, I then escaped from my bed. I did not look at him. I turned away and told him to put on his clothes. I told him that I did not want to put on the light and see his naked body. He did get dressed the shirt only and was quite unwilling to put on his pants so I put the light on. I was angry and shouted to him and told him I hated what he did. Then he finally dressed on his pants. He tried to hold me and kiss me. I struggled and ran to the corner of my room. When he was on my bed, I ran to sofa. He came to me and put me on bed again and said I want to rape you but I didn't understand the word "rape" at that moment so I asked what is rape. I somehow hurt his forehead when struggling with him on bed. He chased me and asked me what happened. I told him that it was very late and that he had to go. I told I have to sleep. Finally he left. He was in my room for about an hour. In conclude, he did the rude thing but he didn't threaten me or shout at me. Every word he said was gentle. He did not do any violent action. I was afraid of him because he has such intention of the dirty thing.

The next day was Tuesday. I had a call to Austin telling him what had happened on last night and he encouraged me to report to Andrew because Predrag made me felt fear of him no matter what the excuse was. I told Andrew and Yuen that I was sick and stayed in my room that day. I told Andrews that I had some uncomfortable physical contact from Predrag. I told Andrew that I spoke to Austin and he told me to follow what Austin tells me about reporting this to the P&G team. I told him I felt bad about getting Predrag in trouble. Andrew told me not to be kind to Predrag. He said he was going to tell Nitesh (Singh) that Predrag is not to work with me.

Predrag sent me a text message after Yuen told him I was not available to accompany them for the audit and I told him that we were not lovers. I went to dinner that night. At

NFIDENTIAL

dinner were Laurie, Andrew, Andrew's wife, Predrag, and Yuen. Predrag behaved himself in front of the others. [ After dinner he asked for a little chat. I rejected his request. I could not tolerate any more] it was happened on the 38th floor. Predrag, Laurie, and I all went back to our rooms. All was fine while Laurie was there. Laurie had checked in to the hotel after us so she was on the ~~32nd~~ 33rd floor and Predrag and I were on the 38th floor. When the elevator got to the 38th floor, we got out into the lobby area on that floor. He approached me on the 38th floor lobby. He touched my body and kissed me and asked if I wanted to talk. I told him I needed to get packed to leave the next day. Finally he let go after kissing me. I told him that I was sorry. He asked me why I said that. He asked if I said that because I did not love him. I told him it is out of my control. Predrag then asked if I told Andrew what had happened. I was afraid of him. I said you shouldn't do it. He asked shouldn't do what. I said you shouldn't hold me like this. I asked if he could remember I told him I don't like and I don't want. He also said sorry to me but I told him it's too late.

The next day, Wednesday, we were still in ~~Indonesia~~ Thailand. I ~~saw~~ didn't see Predrag in the morning. ~~We were all getting~~ He was ready to travel that day. I decided to return to him the T-shirt he bought me in Singapore. I put it outside his room on the floor of the hallway. I went back to my room. He ~~came to my room,~~ pushed the door open and asked why I returned the T-shirt. He asked if I had told anyone. I told him that I was afraid of him. Predrag said he was surprised I was afraid of him. I tried calling Austin but reached his voicemail. *(Presumably this is when Austin's voicemail recorded the conversation between Predrag and Bel.)* He asked me who I was calling. I did not respond. He then left as he had to check out and meet Laurie at 8 am who was waiting for him in the lobby. He left down and sad. He then left for China with Laurie and I went home to Hong Kong.

Since he left, he sent me an email apologizing to me. He called me at my time Wednesday night and said he was sorry to make me afraid of him. He sent me a text message apologizing.

Peggy and Dina told Bel that they will write up the notes from this conversation and send them to her to review for accuracy. They also told Bel that they would keep her apprised of the situation and want to reach out to her supervisor, Andrew, to let him know of our investigation. Bel was asked to send them Andrew's email and phone information. We asked her not to communicate any more with Austin about this matter as it is important that he not be involved while we conduct our investigation. They also told her that they would like her to send the text messages and emails to them and would provide their cell numbers so she could do so.

The conversation concluded at 9 am ET.

)NFIDENTIAL

**From:**   Cicvara, Predrag

**Sent:**   Wednesday, June 10, 2009 6:49 AM

**To:**   bell@practical.com.hk

**Subject:** Re: Please Read This E-mail

Life seems better now Bel. It would be very difficult wIthout you. Listening (still in the car with Lori, River and Tanya) to Ali Farka song Ai Du (blues you listened to in Singapore). Sweet memories!

I can promise that never again I will be a "dirty man" with you.

Thank you.


Predrag Cicvara

----- Original Message -----
From: Bel <bell@practical.com.hk>
To: Cicvara, Predrag
Cc: Bel <bell@practical.com.hk>
Sent: Wed Jun 10 03:42:01 2009
Subject: Re: Please Read This E-mail

I'm sorry because I don't love you but I know you love me so. I appreciated you in the past because we were just friend. What I cannot accept is what you did in the last few days. Without those dirty things, we can be friend. I'm on the way to airport now. Will call you in about 30 mins.


Bel

Sent via BlackBerry® from 3


---

From: "Cicvara, Predrag"
Date: Wed, 10 Jun 2009 02:51:19 -0400
To: <bell@practical.com.hk>
Subject: Please Read This E-mail


Hi ma Belle,

Having nothing more urgent to occupy my mind in the plane I am thinking about all the wonderfull moments that I had a privilege to experience in the last year or so, all connected to you. From your Bethel's visit last year, to our December's moments together, through the European winter, our exchange of short e-mails while traveling, receiving a postcard from you, my warm feelings about you, my desire to protect you and inexplicable closeness that I felt towards you all this time.

It was you whom I chose to confine my thoughts when I had troubles, and it appeared you chose the same by starting to confine your personal dilemmas and doubts to me. I have cherished our secret friendship deeply all the way feeling extremely strong respect for you as a person, successful business woman, as a woman and as a friend.

This is NOT changed today I guess I have desire to say and would like you to understand. I would love nothing more than to take back few emotional outbreaks that I experinced last few days. Had I known that I have risked losing such a precious thing as our friendship, I wouldn't ever have attempted what I so foolishly did misjudging the nature of our closeness in the last few days.

Maybe the cultural differences that you so graceously tried to point out in one of our conversations did ironically played the part in what transpired lately. I believe if you had taken a strong stance against my foolish attempts to get more out of our relation stopping it from the very beginning, I would have stopped then and would have still be in

ONFIDENTIAL

that special relation with you that meant so much to me. By being so polite and trying not to hurt my feelings you have unconciously encouraged my (macho? possessive? animouse? stupid?) efforts to get more than you were ready to give.

Foolish dirty old man! How quickly such a wonderfool friendship (at least on my part) could be destroyed!?

So I guess I am trying to tell you that regardless of what your decision about us and our friendship will be, I still will have all these little precious pieces of happiness deeply carved in my memory and nothing will take these from me ever.

I can only hope that you will understand me and remain beeing my true friend in the future. Again I can only say I am sorry for what I did to you and I know there is no real excuse for it. Not sure that I described correctly what I really feel but probably can't do it better anyway. Maybe, just maybe you could understand what went wrong a bit better.

I hope I will have a strength to send this e-mail after landing.

Sorry if reading this stream of thoughts took too much of your time, which I know you don't have much of. I simply had to write it.

Your friend Predrag


Predrag Clevara

ONFIDENTIAL

From:      Bel [bell@practical.com.hk]
Sent:      Friday, June 12, 2009 3:02 AM
To:        Bel
Subject:   P's msg on 6/9

After Yuen told Predrag I was on sick leave.

------ SMS ------
From: +12032430079
Sent: Jun 9, 2009 10:52
Subject: I hope you will bew better soon.

I hope you will bew better soon. Feel terrible that can't be with you and pamper you.
Sent via BlackBerryR from 3

ONFIDENTIAL

**From:**   Bel [bell@practical.com.hk]
**Sent:**   Friday, June 12, 2009 3:04 AM
**To:**     Bel
**Subject:** B's reply on 6/9

------ SMS ------
To: +12032430079
Sent: Jun 9, 2009 11:04
Subject: Thx P.

Thx P. I'm fine but I have to re-emphasis that we are not either couples or lovers. Pls stop thinking about me.
Sent via BlackBerryR from 3

CONFIDENTIAL

**From:** Bel [bell@practical.com.hk]
**Sent:** Friday, June 12, 2009 3:07 AM
**To:** Bel
**Subject:** P's msg-II on 6/9

—— SMS ——
From: +12032430079
Sent: Jun 9, 2009 11:14
Subject: Right.

Right. No need to emphasize the obvious. Thx for the good time though. P.
Sent via BlackBerryR from 3

ONFIDENTIAL

From:      Bel [bell@practical.com.hk]
Sent:      Friday, June 12, 2009 3:11 AM
To:        Bel
Subject:   P's msg on 6/10

Before he found the shirt I left him


------ SMS ------
From: +12032430079
Sent: Jun 10, 2009 06:27
Subject: Gd mrng.

Gd mrng. Still sleeping or don't want to answer after all?

Are u sleeping?  I hv a Q - why did you say I will understand why are you sorry??
Sent via BlackBerryR from 3

ONFIDENTIAL

**From:**     Bel [bell@practical.com.hk]
**Sent:**     Friday, June 12, 2009 3:12 AM
**To:**       Bel
**Subject:** P's msg-ll on 6/10

After he left the hotel for airport

------ SMS ------
From: +12032430079
Sent: Jun 10, 2009 11:15
Subject: Just wanted to tell you that I am...

Just wanted to tell you that I am still in a shock and disgusted by myself and my poor judgment of things that were going btw us. Forgive me if you can. P.

Sent via BlackBerryR from 3

ONFIDENTIAL

**Text messages forwarded by Bel Liu to Peggy Wilczewski on Friday, June 12 at 6:54 am ET using Aicent MMS Virtual Delivery**

P's msg on 6/6 21:23 in Singapore
Part 1 – Text
Hi Bel Tried to call you few minutes ago – just to let you know that I would like to bring you your sun protector and the shirt from Hard Rock Café – did noit want to come unannuinced to your room, If I said anything that have offended you I am sorry.

P's msg on 6/6 21:32 in Singapore
Part 1 – Text
You are breaking one of the four agreements by making (unwarranteed) assumptions about me or my intentions.  I am too open and I like way too much to have any hidden ideas.  ARE you angry at me????????

P's msg on 6/8 22:05 in Thailand
Part 1 – Text
Hey if you want a company for desert let me know!

B's reply on 6/8/22:05 in Thailand
Part 1 – Text
I want to take a rest.

P's message on 6/8 22:07 in Thailand
Part 1 – Text
Have a good night sleep and sweet dreams.

P's msg on 6/8 22:13 in Thailand
Part 1 – Text
I know you are not and just wanted to be with you without dirty thoughts...... so let me know I need few minutes for emails and then can bring desert to your room if you want.

B's reply on 6/8 22:09 in Thailand
Part 1 – Text
Sorry!  I'm not really well tonight.  Anyway, Yuen left already.

P's msg on 6/8 22:15 in Thailand
Part 1 – Text
OK just few minutes please

ONFIDENTIAL

# EXHIBIT F

DEFENDANTS
EXHIBIT NO. 11
FOR IDENTIFICATION
DATE

Monday, June 15, 2009

Conversation with Predrag Cievara in conf room 1W02 @ 9:15 am

Present: Lynne Burnett, Kevin Babis, and Peggy Wilczewski

Lynne took the lead on asking questions of Predrag with Kevin Babis assisting.
Peggy recorded notes of the conversation.

Where have you been the last week with Ms. Bel Liu?
I've been in Indonesia and Thailand with her.

Did you see her for meetings and other times?
I saw her for meetings, dinner, and after dinner.

After dinner where?
In the bar.

Lynne shared that we have documentation of emails and a recorded phone
conversation. She shared too that hotels have cameras in elevators and in lobby
areas on the main level and the floors outside the elevators.

Did you go to her room?
Yes

Why did you go to her room?
I went to her room to discuss things with her.

What kinds of things?
Some are a bit personal with her and with me.

Did she invite you to her hotel room?
Did she ask you to leave and did you refuse to leave?

Did you touch her in any way?
Yes, I was sorry for her. She confined certain things to me that I'd rather not discuss
here. I did not have many business discussions in her hotel room. She confined to me
that she broke with somebody in her life.

Did you take off your clothes in her hotel room?
No.

Have you sent an email to her for being a dirty old man?
She was at some point misunderstanding my intentions.

Did you tell her that you wanted to rape her?

Confidential

Look, it was in a hotel and she was dressed in a way. I told her that I had a feeling I would rape her but I never had that in my mind and I didn't thin she'd think about it seriously.

**What did you do or say to make her uncomfortable?**
I asked if I could come to her room and she was dressed in very short shorts. I'm a man and it looks like I could rape you like that. You are showing off. I had a feeling with Bel that was very warm to her as she confined certain things to me. I had the feeling I had to protect her from the harm. She could be in harms way by her boyfriend. I wanted to help her about what I came to her room to talk to her. She said don't touch me. I touched her because she felt pain. She talked about the guy who left. I said I could rape you because she was showing off. She said please can you go and I left the room. I didn't want to harm her.

**When you were in her hotel room, was she afraid of you and she called her boss?**
When she asked me to leave, I left.

**You never touched her, never chased her, never took your clothes off?  Did you ever come to her room when she did not want you?**
No.

**Was she sick in bed when you went there?**
She never told me she was sick.

**Where did this take place?**
In Bangkok at the Emporium Suites.

We were in the restaurant with the Laurie, Mr. ?????, Andrew, Andrew's wife.

I was stoking her head and tried to get her head here (pointing to his chest).

After we ate desert, I left.

**How many nights did you go to her hotel room?**
That was the night.

**How many days were you together?**
For 6 days.

**Did you attend sexual harassment training?**
Yes.

**Do you understand our company policy?**
Yes.

**Do you realize you were a company representative and this is one of our suppliers?**

Confidential

I think what I did was not inappropriate.

**Do you think the things you did your wife would find it appropriate?**
Strickly speaking, probably not. My wife might think I did something inappropriate. She wouldn't like me to feel for other woman.

**What do you feel for Bel?**
I have very warm feeling for Bel. I feel she is probably in not too good of a relation with her husband. She's married and didn't tell me that she was married.

**How old is Bel?**
30 I think.

**How old are you?**
54

**Is she an attractive woman?**
She a good looking woman. I don't know if she is attractive. This doesn't have anything to do with attractiveness. This kind of relationship didn't happen in ????. I'm not saying it's appropriate. She emailed things about her. It was more than a normal relationship that is in a business relationship.

**If there is a recording that you are asked to leave a room and you didn't, how do you explain that?**
I left the room. Why is there a recording? I left the room without harming her.

She apologized to me and I didn't understand why. The night when she didn't come on 2nd day of audit, she apologized and said she was sorry for what she did. Now I understand why. Oh my God.

**Why did you ask her who she had told?**
I tried to understand why she as apologizing. I asked her who she told because I couldn't sleep. I even sent her an SMS message asking why she was apologizing. She said you'll understand one day.

**Do you realize that harassment is illegal and the company and you can be sued for harassing behavior?**
I didn't want to harass anybody.

**Is there anything else that you'd like to tell us?**
Listen... I .... This is a situation that I'm sorry if I did to harm the company. I did not mean to hurt anybody. She apologized to me. I fell that to a point I was provoked. I shouldn't be saying this. If I was thinking of things the way it turned out, I should not have been touching her the way....It didn't come from one day. I believe it came close in the sense I was the person she wanted to confine in. It was a warm relationship between

Confidential

us. I'm trying to explain why maybe at some point it became personal. When she told me to leave the room, I left her room. There was nothing between us.

*Lynne Burnett, Kevin Babis, and Peggy Wilczewski asked Predrag to remain in the conference room while they left to discuss their decision about the matter. After about 10 minutes, they returned to the conference room where Predrag was waiting.*

**Lynne informed Predrag that he was being terminated from the company because he had violated our company PVPs and company policy by engaging in harassing behavior by harassing a company supplier.**

Predrag told Lynne that she has destroyed his life.

At @ 10 am Peggy and Kevin escorted Predrag to his office so he could gather his belongings. Peter from Security met them there with packing boxes. Predrag took about an hour to go through his things and pack them up in one box. He did not want to take her personal books (he was asked twice) and did not want to gather his things from the fitness center. Peggy told him that she would get his belongings from the fitness center and send them to him. Predrag left the building at about 11 am. Before he left, he told Peggy in the lobby that she has destroyed his life.

PG000501

# EXHIBIT G

Phone calls with Predrag Cicvara (PC)

**Monday, June 15, 2009** (sometime in the early afternoon)
PC called me (Peggy) to ask what happens to his stock options and bonus. I said she would research his questions and get back to him. PC said he would call me the following day.

**Tuesday, June 16, 2009 (by 9 am)**

PC called and I told him that she researched the answers to his questions. I told him that he is unable to exercise stock options since they terminated when he was terminated from the company. I also told him that he will be paid his bonus when they are paid in September. PC told me that he called the stock administration number yesterday and was told he had 30 days to exercise is Gillette options. PC asked me to verify this information since it is different from what I was sharing with him. I asked him for the name and number of the person in stock administration who he talked to. He said Donna at 513.983.5050. I told him I would call Donna to check on this and that I would call him back.

**10:40 am** – PC left me a voicemail message. He was asking about the options and asked 203.255.7544.

He said "my whole life depends on this and you know I wouldn't play with that if she didn't told me yesterday very clearly what my options are".

**Tuesday, June 16, 2009**

I returned PC's call at about noon. (I had just received a call from Lynne Burnett letting me know that PC had called stock option administration again and they advised him to call me.) I told him that what I had told him earlier that day --- that his stock options went away when he was terminated --- was the correct information. He said he was told yesterday by the stock plan administration that he had 30 days to exercise his options. I apologized for the error and explained to him that regardless as to what he was told, he did not have the opportunity to exercise them once he was terminated, which took place yesterday. Whether he was told 5 days, 30 days, or 100 days, it would not have changed the fact that per the plan document, he could not exercise any options following his termination.

PC said that I terminated his career yesterday and his life today. He said he would lose his house and everything. He said those were options he earned during his 9 years at Duracell.

I told him that I realize this information is not what he wanted to hear but that he asked me yesterday to find out what happens to his options and his bonus and that I did so. I told him I researched this yesterday afternoon for him and found the plan document for

the stock option plan.  I also told him that the plan indicates that when someone is terminated for cause, they lose their options.

PC said that he did not steal from anyone and did not harm anyone.  He said he did nothing against the company.  He said the only person he harmed was himself.  He asked how I could do this to him?  He asked how I could treat a human being like this?  He said I had taken everything from him.
I told him I could not comment on those things but that I would be able to send him a copy of the plan document so he could understand the information I was sharing with him.

He asked me what he can do about all this?  I told him that the decision on his options was not mine to make but that the plan document determines how options are handled.

I asked him for his mailing address and said I would send this document to him in the next mail to leave the building which I thought was tomorrow morning.  He said ok and we ended the call.

Confidential

# EXHIBIT H

**P&G**



June 16, 2009

DEFENDANT'S EXHIBIT NO.
FOR IDENTIFICATION
DATE

Mr. Predrag Cicvara
2122 North Benson Road
Fairfield, CT  06824

Dear Predrag:

The purpose of this letter is to provide you with additional information regarding the treatment of your Gillette stock options as a result of your recent termination from the Company.  As we discussed earlier today, your stock options were cancelled because your employment was terminated for cause.

Section 6(f)(A) of The Gillette Company 1971 Stock Option Plan (the "Gillette Plan") states that "[i]f any employee Participant is discharged for Cause, as hereinafter defined, all his options shall immediately be cancelled effective as of the date of termination of his employment." The Gillette Plan's definition of "discharge for Cause" includes each of the following:

      (A)   the Participant's continued failure to perform substantially his duties with the Company or any of its subsidiaries (other than any such failure resulting from incapacity due to physical or mental illness), after a written demand for performance is delivered to Participant by an officer or a senior manager of the Company or the subsidiary which identifies the manner in which the Board or the elected officer or manager believes that Participant has not performed his duties;

      (B)   the Participant's engaging in illegal conduct or gross misconduct which is materially and demonstrably injurious to the Company or the subsidiary; or

      (C)   the Participant's conviction of a felony or a plea of nolo contendere by Participant with respect thereto.

      I have enclosed a copy of The Gillette Company 1971 Stock Option Plan for your review.

Confidential

I apologize again for any confusion that resulted from conflicting information provided by the Company's stock option administrators. However, the Gillette Plan is clear on this point and the administrators did not have access to all of the facts associated with your inquiry. I have also enclosed a copy of the Gillette Plan for your review.

Regards,

Peggy Wilczewski
Sr. Human Resources Manager

Enclosure

PG000507

**UPS Next Day Air**
**UPS Worldwide Express™**

**Shipping Document**

See Instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z 050 115 22 1091 7146

**1 SHIPMENT FROM**

**050115**

REFERENCE NUMBER

NAME Puskowski   TELEPHONE 203-796-4000

COMPANY DURACELL

STREET ADDRESS 14 RESEARCH DR.

CITY AND STATE BETHEL   ZIP CODE CT 06801

**2 EXTREMELY URGENT DELIVERY TO**

NAME Mr. Frederic C. Guara

COMPANY

STREET ADDRESS 2122 North Benson Rd

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) Fairfield, CT 06824

**3 WEIGHT** LTP

DIMENSIONAL WEIGHT If Applicable

LARGE PACKAGE

**4** SHIPPER RELEASE

**5**
- ☒ NEXT DAY AIR
- ☐ EXPRESS (NFY)

CHARGES

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.
- ☐ DOCUMENTS ONLY

- ☐ SATURDAY PICKUP
- ☐ SATURDAY DELIVERY

**6**
- ☐ DECLARED VALUE FOR CARRIAGE   $   AMOUNT
- ☐ C.O.D.   $   AMOUNT

**7**
- ☐ An Additional Handling Charge applies for certain items. See Instructions.   $

**8 BILLING**
- ☐ BILL SHIPPER'S ACCOUNT NUMBER
- ☐ BILL RECEIVER
- ☐ BILL THIRD PARTY
- ☐ CREDIT CARD
- American Express / Diner's Club / MasterCard / Visa
- ☐ CHECK

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

**10 SHIPPER'S SIGNATURE** X   DATE OF SHIPMENT 01/17/07

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

**SHIPPER'S COPY**

0101911202609 1/07 $

Confidential

PG000508

# EXHIBIT I

**P&G**



July 6, 2009


Mr. Predrag Cicvara
2122 North Benson Road
Fairfield, CT  06824

Dear Predrag:

We are in receipt of your letter faxed on July 3, 2009 to Procter and Gamble Stock
Option Administration.  I am sending this letter to remind you that your stock options
were cancelled on your last day of employment, June 15, 2009 and, as such, your notice
to exercise received on July 3, 2009, was denied.

As previously explained in my letter to you dated June 16, 2009, your stock options were
cancelled pursuant to The Gillette Company 1971 Stock Option Plan (Gillette Plan)
because you were terminated for cause.  Please refer to my June 16, 2009 letter and the
copy of the Plan that I provided to you for additional explanation.

Regards,

*Peggy Wilczewski*

Peggy Wilczewski
Sr. Human Resources Manager

Confidential

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₁₀

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7005 3110 0000 2996 4858

Sent To: *Mr. Predrag Cicvara*
Street, Apt. No.; or PO Box No. *2122 North Benson Rd.*
City, State, ZIP+4 *Fairfield CT 06824*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mr. Predrag Cicvara*
*2122 North Benson Road*
*Fairfield, CT   06824*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   *P. Cicvara*   B. Date of Delivery *7/8/09*

C. Signature
X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 3110 0000 2996 4858

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

Confidential

# EXHIBIT J

**Wilczewski, Peggy** 

| | |
|---|---|
| **From:** | Wilczewski, Peggy |
| **Sent:** | Wednesday, September 16, 2009 10:31 AM |
| **To:** | Predrag Cicvara |
| **Subject:** | RE: FY08-09 Bonus |
| **Attachments:** | STAR Bonus Information.pdf |

Predrag,

Per the attached guidelines, you must be an active employee as of June 30 (the close of the fiscal year for which the award is payable) to receive an award.  Since you were terminated prior to this date, you are not eligible to receive a STAR award for 08-09.

Peggy

**From:** Predrag Cicvara [mailto:predrag.cicvara@gmail.com]
**Sent:** Tuesday, September 15, 2009 6:46 AM
**To:** Wilczewski, Peggy
**Subject:** FY08-09 Bonus

Hi Peggy,

Last time we spoke about my options and bonus, in June 2009, you have stated that, while my options are not going to be valid anymore, I will be eligible for bonus and will receive it in September 2009.

Could you please check this and let me know when can I expect payment, and in what form (electronic transfer to my account on file with P&G, or check in the mail?).

Thank you very much for your help.

Best regards,

Predrag

1

Confidential

PG000516

# Short Term Achievement Reward (STAR)

## Purpose

The Short Term Achievement Reward (STAR) program is designed to support outstanding P&G business results. The purpose of the STAR program is to reward truly outstanding business achievements with compensation greater than competitive market levels. It also puts pay at risk to encourage our leaders to overcome challenges and win in the marketplace. At the same time, the STAR program rewards collaboration among business units to help P&G meet or exceed its objectives.

## Eligibility

Employees at Band 3 and above who worked at least 4 weeks during the fiscal year are eligible for any STAR award that will be paid for that year.

Newly Eligible Participants
There are a few notes relevant to first time STAR participants:

- Newly promoted Band 3 participants and new hires will receive a prorated STAR award based on time worked at Band 3 as recorded in SAP as the official record date.
- Previous Band 2 assignments will not be considered when assigning STAR units to newly promoted Band 3s.
- All newly eligible participants during the fiscal year will receive their award in cash (excluding Belgium). Please review the section on Award Payment Preferences.
- Acquisitions and divestitures could be treated differently. Make sure you reference these guidelines for your specific situation.

Company Separations
For reasons other than retirement or special circumstances agreed to by P&G in advance, you must be an active employee as of June 30 (the close of the fiscal year for which the award is payable) to receive an award.

If you have earned a STAR award and leave the Company prior to the STAR payment date, you will receive a cash payment in September or as soon thereafter as possible. Stock options can only be issued to active employees.

Change in Band
STAR Target Percents are dependent on your band worked throughout the year. If you work more than one band in a fiscal year, each STAR target percent will be adjusted based on the time at each band. For example, an employee who is promoted from Band 3 to Band 4 effective April 1 would have a STAR target of 10% [(8% X 9 months) + (15% X 3 months) = 9.8% rounded up to 10%]. Reductions in band will follow the same calculation regardless of whether the move was voluntary or involuntary.

Confidential

## Retirements / Special Separations

If you retire or separate under approved special circumstances you must work at least four weeks of the fiscal year to be eligible for an award. Your award will be prorated based on the number of days worked in the fiscal year.

## Leave of Absence (LOA), Disability (DB), Working Less Than Full Time (LTFT)

If you work less than 2/3 (35 weeks) of the fiscal year due to LOA/DB/LTFT, your STAR award is prorated. Prorata factors are scaled from 100% at 35 weeks worked or more, down to 0% for less than four weeks. If you work less than full time, such as a reduced work schedule, the equivalent in full time weeks worked will determine the appropriate prorata factor. Because time away from work is tracked in differently around the world, we gather the **number of weeks physically worked** directly from HR and/or line managers and the corresponding prorata factor is used to calculate your award. Vacation time and holidays will not be counted as time worked when it is taken adjacent to or in the middle of a Leave.

The following table shows the prorata percent used at certain numbers of weeks worked. Questions about individual situations should be directed to your local HR resource.

| Weeks Worked (or equivalent) | Prorata % |
|---|---|
| 35-52 | 100% |
| 34 | 97% |
| 33 | 94% |
| 32 | 91% |
| 31 | 88% |
| 30 | 85% |
| 29 | 83% |
| 28 | 80% |
| 27 | 77% |
| 26 | 74% |
| 25 | 71% |
| 24 | 68% |
| 23 | 65% |
| 22 | 62% |
| 21 | 59% |
| 20 | 56% |
|  |  |

| Weeks Worked (or equivalent) | Prorata % |
|---|---|
| 19 | 54% |
| 18 | 51% |
| 17 | 48% |
| 16 | 45% |
| 15 | 42% |
| 14 | 39% |
| 13 | 36% |
| 12 | 33% |
| 11 | 30% |
| 10 | 27% |
| 9 | 25% |
| 8 | 22% |
| 7 | 19% |
| 6 | 16% |
| 5 | 13% |
| 4 | 10% |
| 0-3 | 0% |

Confidential

## STAR Award Calculation

The formula for the STAR award calculation is:

**(Base Salary) x (STAR Target Percent) x (Business Unit Performance Factor) x (Total Company Results Factor) x (Prorata Factor if applicable)**

*Annualized Base Salary* as of June 30 will be used in calculating the STAR award.

| Level | STAR Target* as % of Base Salary |
|---|---|
| Band 3 | 8% |
| Band 4 - Associate Director | 15% |
| Band 5 - Director | 25% |
| Band 6 - Vice President | 45% |

Band 7 and above are handled by Executive Compensation and approved by the Compensation Committee.

The **Business Unit Performance Factor** is assigned to each business unit as a measure of success based on a retrospective assessment of unit performance over the fiscal year. Business unit factors range from 53% to 167% with a target of 100%. Business Unit Results are determined by the STAR Committee in August after fiscal year results are known. The chart below shows STAR measures that are assessed however the STAR Committee (CEO, CFO, CHRO) will take into consideration any factors that have had a significant impact on the units' results.

| MEASURE | GBU | DEVELOPED MDO | DEVELOPING MDO | GBS | CF |
|---|---|---|---|---|---|
| TSR | X | | X | | |
| After Tax Profit | X | | X | | |
| Volume | X | X | X | | |
| Net Sales | X | X | X | | |
| Value Share | X | X | X | | |
| Free Cash Flow | X | | X | | |
| Value Contribution | | X | | | X |
| Competitive Assessment | X | X | X | | |
| Cross Organization Input | X | X | X | X | X |
| Organization Head Self Assessment | X | X | X | X | X |

The **Total Company Results Factor** measures the Total Company success based on a formula that includes Earnings Per Share (EPS) growth and Organic Sales Growth over the fiscal year. It ranges from 80% to 130%, also with a 100% target. It is applied to all STAR award calculations and is used to encourage collaboration among all Business Units. The grid on the following page shows how these two factors combine to determine the Company Results Factor. We use a more complete table of Factors that includes the full range of Organic Sales Growth factors and EPS Growth rates.

For FY 09/10, we are adjusting our one year targets for the Total Company Results Factor in recognition of the reality faced in the global economy, but still focusing on the need to get back on track versus our long term goals.

- If we meet the top of the range in our external guidance (3% Organic Sales and 4% EPS growth) we will earn a 100% Total Company Results Factor.
- If we exceed external guidance, but fall short of our long term goals (5% Organic Sales and 10% EPS growth) the payout will stay at 100%.
- We can earn a factor greater than 100% if we exceed our long term goals.

| | Organic Sales Growth | | | |
| --- | --- | --- | --- | --- |
| EPS Growth | Below 1% | 3% | 5% | 5.5% & Higher |
| 0% & Lower | 80% | 93% | 93% | 93% |
| 4% | 86% | 100% | 100% | 101% |
| 10% | 86% | 100% | 100% | 121% |
| 12% & Higher | 95% | 108% | 108% | 130% |

## STAR Units

STAR Units are used to link you with the Business Unit(s) in which you made a significant contribution during the fiscal year. Each of the Global Business Units (GBUs), some GBU sub-units, Market Development Organizations (MDOs), Corporate Functions (CF) and Global Business Services (GBS) are identified as single STAR units. Individual STAR Unit assignments are confirmed by Business Unit's Human Resources.

STAR Unit Weighting
The STAR Units are weighted depending on the type of assignment and business unit. Each GBU determines the weighting of their STAR units. Some individuals have "double-hatted" roles, where weights will be split evenly between GBUs.

Transfer in assignment during fiscal year
In the event you transfer to another business unit during the year, each business unit is considered as if they were in effect for the entire year. Automatically, the highest business unit factor is used to calculate your STAR award. Note: Base salary as of June 30 is used in calculating all STAR awards regardless of assignments.

## Award Timing and Payment Forms

STAR awards are calculated after the close of the fiscal year. Payments start on September 15 or as soon thereafter as possible. You will receive an Individual Award Summary that details your STAR Target, your Business Unit Performance Factor(s) for each STAR Unit, the Corporate Adjustment Factor (and Prorata factor if needed) used to determine your award. The summaries are distributed to participants' salary managers in mid August.

Generally, STAR awards are paid in cash however; you can choose your upcoming award in forms other than cash, such as stock options. This selection must be made before the end of the calendar year preceding the award date. In order to determine how many stock option shares should be granted we use the following formula:

STAR Award (converted to US$ if needed) ÷ stock price at close on grant date x 4.0 and then rounded up to the next whole share.

This formula, which is reviewed annually, currently yields 4.0 option shares for each theoretical share of stock. This means that a before-tax award equivalent to 100 shares of P&G stock translates to 400 stock option shares. Specific stock option terms and conditions are provided in the annual preference materials. For example, employees can keep STAR stock options as long as they leave the Company in good standing.

Remember you must be an active employee on date of payment to receive stock options. The award form choices and relevant considerations are explained at the time award payment preference materials are distributed. STAR awards for those who become eligible within the fiscal year are paid in cash. You can view your payment form at any time on Employee Resources > Compensation Program > Incentive Compensation > Award Payment Preferences.

If you selected stock options in the previous calendar year, you will be informed of your stock option details via email within two weeks of the September 15 grant date.

Confidential

# Award Payment Preferences

## Preference Process

In November of each year, if you have previously received a STAR payment, you are given the opportunity to select your payment choice for your upcoming awards payable in the following calendar year.  There are various selections such as cash, stock options, local deferrals, and restricted stock units. Not all award forms are available for all plans or participants.  You must make your selections in the calendar year prior to the award payment and these selections **cannot** be changed after the beginning of the calendar year of payment due to tax and legal restrictions.  This link to the Award Payment Preferences website provides information about the most recent choices.  Selections are not binding on the Company.

Confidential