# EXHIBIT A

Schmude, Dina

**From:** Babis, Kevin
**Sent:** Tuesday, June 09, 2009 2:12 PM
**To:** Schmude, Dina
**Subject:** TRAVEL

Dina,

I wanted to share Predrag's travel schedule with you.

Below is Predrag's travel itinerary. He had 4 audits planned. The first 2 were in Indonesia. Predrag was partnering with a lead auditor by the name of Dave Arnsperger. The next 2 audits were in Thailand and China. Predrag was partnering with lead auditor by the name of Lori Leach. 2 employees that operate out of the ATC offices at DCL, - River Lee and Tanya Xu are expected to connect with Predrag on the final audit.

I have never been to these contractors and can't add anything more.

Kevin

Kevin Babis, Associate Director
Duracell QA & Engineering Services
Office: 203-731-6441
Mobile: 203-300-6107

---

**From:** Cicvara, Predrag
**Sent:** Friday, May 29, 2009 10:20 AM
**To:** Babis, Kevin
**Subject:** FW: TRAVEL INVOICE FOR CICVARA/PREDRAG DEPARTS 31May. ID: WBQ2PE

Hi Kevin,

Attached is my itinerary. The Cathay Pacific portion of the trip is in Business Class (over the ocean and to Jakarta) and the rest are economy class tickets.

Thank you for allowing me to use business class.

So here is the itinerary:

Sunday morning, May 31st – leaving USA
Monday night, June 1st – arriving to Jakarta, Indonesia via HK
June 2-3 – **FDK audit (Li Coin cells)**
Wednesday, June 3rd – afternoon – travel to Medan Indonesia
June 4th-5th (**ERA Cipta audit – Practical – Indonesia - flashlights**)
Saturday, June 6th – travel to Singapore (no direct flights to Bangkok)
Sunday, June 7th – travel to Bangkok
June 8th-9th – **Practical Thailand audit (flashlights)**
Wednesday, June 10th – travel to China (Guangzhou)

1

June 11th-12th – **Emerson audit** (chargers)
Friday, June 12th - travel to HK
Saturday, June 13th – travel back to USA

By traveling through HK on my return flight, I was able to save a significant amount on a business class fare.

Best regards, Predrag
Dina,
Predrag Cicvara
Duracell Quality Assurance
The Procter & Gamble Company
Phone: 203-796-4252 Fax: 513-386-2021
cicvara.p@pg.com

---

**From:** pgus@bcdtravel.com [mailto:pgus@bcdtravel.com]
**Sent:** Friday, May 22, 2009 4:59 PM
**To:** Cicvara, Predrag
**Cc:** PREDRAG_CICVARA@PG.COM
**Subject:** TRAVEL INVOICE FOR CICVARA/PREDRAG DEPARTS 31May. ID: WBQ2PE



This is a SEND ONLY address. Please do not reply to this email, email box is not monitored.

Call 866-377-8774 for travel assistance 24/7.

To view your trip online please go to My.pg.com > Employee Resources > Travel & Expenses > Planning a Trip > My Travel Plans

**Travel Tips**

Limit your mobile phone and blackberry usage when traveling outside your home country to avoid the expensive roaming charges. Mobile phone rates can be $3-5 a minute when roaming internally and blackberry rates even higher!
Fly coach - airfares can be 50% or more cheaper than business class!

Before you leave, remember to check for important travel information that may apply to your trip. The links below include the latest information for immigration requirements, safety and security, and medical needs.

<u>International SOS Travel Assistance Program</u> Emergency evacuation, country information, and medical assistance for travelers

<u>P&G Travel Security</u> Safety and Security information

<u>P&G Travel Health</u> Do you need vaccinations or health advice?

<u>CIBT Passport and Visa</u> Check your visa and passport requirements with CIBT

To view your trip online you can also go to www.Viewtrip.com

**Invoice**

Total Invoice Amount: [redacted]
Electronic Ticket Number: 1607536451055
Invoice Number: EZ0037778
Ticket Amount: $6,576.11
Form of Payment: AX**********1008

This ticket information applies to the following trip(s):

2

Confidential

Cathay Pacific Flight 841 from New York to Hong Kong on May 31
Cathay Pacific Flight 719 from Hong Kong to Jakarta on June 01
Cathay Pacific Flight 712 from Singapore to Bangkok on June 07
Cathay Pacific Flight 840 from Hong Kong to New York on June 13

Electronic Ticket Number: 6187536451057
Invoice Number: EZ0037779
Ticket Amount: $367.00
Form of Payment: AX***********1008

This ticket information applies to the following trip(s):

Silkair Flight 233 from Medan to Singapore on June 06

Electronic Ticket Number: 2177536451058
Invoice Number: EZ0037780
Ticket Amount: $505.69
Form of Payment: AX***********1008

This ticket information applies to the following trip(s):

Thai Airways International Flight 668 from Bangkok to Guangzhou on June 10
China Southern Airlines Flight 357 from Guangzhou to Hong Kong on June 12

Email generated on 22May/8:58 PM UTC

3

Confidential

PG000543

# EXHIBIT B

Case 3:09-cv-02054-JCH   Document 79-1   Filed 04/15/11   Page 6 of 9



Monday, June 15, 2009

Conversation with Predrag Cicvara in conf room 1W02 @ 9:15 am

Present: Lynne Burnett, Kevin Babis, and Peggy Wilczewski

Lynne took the lead on asking questions of Predrag with Kevin Babis assisting. Peggy recorded notes of the conversation.

**Where have you been the last week with Ms. Bel Liu?**
I've been in Indonesia and Thailand with her.

**Did you see her for meetings and other times?**
I saw her for meetings, dinner, and after dinner.

**After dinner where?**
In the bar.

Lynne shared that we have documentation of emails and a recorded phone conversation. She shared too that hotels have cameras in elevators and in lobby areas on the main level and the floors outside the elevators.

**Did you go to her room?**
Yes

**Why did you go to her room?**
I went to her room to discuss things with her.

**What kinds of things?**
Some are a bit personal with her and with me.

**Did she invite you to her hotel room?**
Did she ask you to leave and did you refuse to leave?

**Did you touch her in any way?**
Yes, I was sorry for her. She confined certain things to me that I'd rather not discuss here. I did not have many business discussions in her hotel room. She confined to me that she broke with somebody in her life.

**Did you take off your clothes in her hotel room?**
No.

**Have you sent an email to her for being a dirty old man?**
She was at some point misunderstanding my intentions.

**Did you tell her that you wanted to rape her?**

Confidential

PG000498

Look, it was in a hotel and she was dressed in a way. I told her that I had a feeling I would rape her but I never had that in my mind and I didn't thin she'd think about it seriously.

**What did you do or say to make her uncomfortable?**
I asked if I could come to her room and she was dressed in very short shorts. I'm a man and it looks like I could rape you like that. You are showing off. I had a feeling with Bel that was very warm to her as she confined certain things to me. I had the feeling I had to protect her from the harm. She could be in harms way by her boyfriend. I wanted to help her about what I came to her room to talk to her. She said don't touch me. I touched her because she felt pain. She talked about the guy who left. I said I could rape you because she was showing off. She said please can you go and I left the room. I didn't want to harm her.

**When you were in her hotel room, was she afraid of you and she called her boss?**
When she asked me to leave, I left.

**You never touched her, never chased her, never took your clothes off? Did you ever come to her room when she did not want you?**
No.

**Was she sick in bed when you went there?**
She never told me she was sick.

**Where did this take place?**
In Bangkok at the Emporium Suites.

We were in the restaurant with the Laurie, Mr. ?????, Andrew, Andrew's wife.

I was stoking her head and tried to get her head here (pointing to his chest).

After we ate desert, I left.

**How many nights did you go to her hotel room?**
That was the night.

**How many days were you together?**
For 6 days.

**Did you attend sexual harassment training?**
Yes.

**Do you understand our company policy?**
Yes.

**Do you realize you were a company representative and this is one of our suppliers?**

Confidential

I think what I did was not inappropriate..

**Do you think the things you did your wife would find it appropriate?**
Strickly speaking, probably not. My wife might think I did something inappropriate. She wouldn't like me to feel for other woman.

**What do you feel for Bel?**
I have very warm feeling for Bel. I feel she is probably in not too good of a relation with her husband. She's married and didn't tell me that she was married.

**How old is Bel?**
30 I think.

**How old are you?**
54

**Is she an attractive woman?**
She a good looking woman. I don't know if she is attractive. This doesn't have anything to do with attractiveness. This kind of relationship didn't happen in ????. I'm not saying it's appropriate. She emailed things about her. It was more than a normal relationship that is in a business relationship.

**If there is a recording that you are asked to leave a room and you didn't, how do you explain that?**
I left the room. Why is there a recording? I left the room without harming her.

She apologized to me and I didn't understand why. The night when she didn't come on 2nd day of audit, she apologized and said she was sorry for what she did. Now I understand why. Oh my God.

**Why did you ask her who she had told?**
I tried to understand why she as apologizing. I asked her who she told because I couldn't sleep. I even sent her an SMS message asking why she was apologizing. She said you'll understand one day.

**Do you realize that harassment is illegal and the company and you can be sued for harassing behavior?**
I didn't want to harass anybody.

**Is there anything else that you'd like to tell us?**
Listen... I .... This is a situation that I'm sorry if I did to harm the company. I did not mean to hurt anybody. She apologized to me. I fell that to a point I was provoked. I shouldn't be saying this. If I was thinking of things the way it turned out, I should not have been touching her the way.....It didn't come from one day. I believe it came close in the sense I was the person she wanted to confine in. It was a warm relationship between

us. I'm trying to explain why maybe at some point it became personal. When she told me to leave the room, I left her room. There was nothing between us.

*Lynne Burnett, Kevin Babis, and Peggy Wilczewski asked Predrag to remain in the conference room while they left to discuss their decision about the matter. After about 10 minutes, they returned to the conference room where Predrag was waiting.*

**Lynne informed Predrag that he was being terminated from the company because he had violated our company PVPs and company policy by engaging in harassing behavior by harassing a company supplier.**

Predrag told Lynne that she has destroyed his life.

------------------------------------------------

At @ 10 am Peggy and Kevin escorted Predrag to his office so he could gather his belongings. Peter from Security met them there with packing boxes. Predrag took about an hour to go through his things and pack them up in one box. He did not want to take her personal books (he was asked twice) and did not want to gather his things from the fitness center. Peggy told him that she would get his belongings from the fitness center and send them to him. Predrag left the building at about 11 am. Before he left, he told Peggy in the lobby that she has destroyed his life.

Confidential

PG000501