UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PREDRAG CICVARA,** | : | Civil Action No.3:09-CV-2054 (JCH) (HF) |
| Plaintiff, | : | |
| | | |
| **V.** | : | |
| | | |
| **THE GILLETTE COMPANY and PROCTER** | : | |
| **& GAMBLE COMPANY and DURACELL.** | : | |
| Defendants. | : | May 26, 2011 |

### MOTION FOR PERMISSION
### TO FILE RESPONSE
### IN EXCESS OF PAGE LIMITS

Counsel for the Plaintiff requests this Court to allow an excess of pages in response to Gillette's Motion for Summary Judgment, and states the following:

1) The Memorandum of Law and the Statement of disputed issues of facts is clear short and to the point. On these documents alone, Plaintiff is entitled to denial of Gillette's Motion.

2) The Plaintiff's Affidavit and the supporting exhibits, however are voluminous and take up a lot of pages.

Wherefore Plaintiff requests the Court to allow the filing of the excessive pages, which fill in the historic background of this action.

Plaintiff

By _____L/S_____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
CT Fed Bar No. 04233

-2-

## CERTIFICATION

This is to certify that the copy of the foregoing was sent by U.S. Mail to:

Attorney Edward Cerasia, II
Seyfarth Shaw, LLP-NY
620 Eight Avenue
New York, NY 10018


_____L/S_____
Igor I. Sikorsky, Jr.