UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PREDRAG CICVARA, | : | Civil Action No. 3:09-CV-2054 (JCH) (HF) |
|     Plaintiff, | : | |
| | | |
| V. | : | |
| | | |
| THE GILLETTE COMPANY and PROCTER & | : | |
| GAMBLE COMPANY and DURACELL, AN ENTITY | : | |
| OF UNKNOWN FORM and LYNNE BURNETT, | : | |
|     Defendants. | : | May 26, 2011 |

## NOTICE OF CROSS MOTION
## FOR
## SUMMARY JUDGMENT

   The Plaintiff respectfully moves for an order from the Court granting the Summary Judgment and the Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 56.

   As set forth in Plaintiff's Memorandum of Law in Support of his Motion for Summary Judgment; Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1(a)(1); together with references to Defendants Admission of undisputed facts, and Affidavit of Plaintiff and upon all of the papers and proceedings herein, Plaintiff respectfully submits that he are entitled to an order granting Summary Judgment in his favor on the Amended Complaint.

   Plaintiff

   By _____L/S_____
      Igor I. Sikorsky, Jr.
      P.O. Box 38
      Unionville, CT 06085
      (860) 675-5313
      CT Fed. Bar No. 04233

*-2-*

## CERTIFICATION

This is to certify that the copy of the foregoing was sent by U.S. Mail to:

Attorney Edward Cerasia, II
Seyfarth Shaw, LLP-NY
620 Eight Avenue
New York, NY 10018


_____L/S_____
Igor I. Sikorsky, Jr.