


**Restricted Data**

## Salary Increase Notification
*for*

### PREDRAG CICVARA

We are pleased to inform you that effective
### Jun 1, 2009
you will receive an annual salary increase of
### 2,000

| | |
|---|---|
| New Base Annual Amount: | 152,116 |
| Previous Annual Amount: | 150,116 |
| New Base Increase: | 2,000 |
| Percentage Increase: | 1.33% |
| Increase Interval: | 14 |
| Currency: | USD |
| Pay Frequency: | 12 |

To determine your gross monthly salary increase, you should divide the annual gross salary amount by the number of salary months in a year in your home country, including any bonus months. The amounts shown are based on a 100% work schedule. Some bonus payments are not guaranteed payments and will depend on such things as company performance and your employment status. Please speak to your HR manager if you need clarification.