-----Original Message-----
From: Lawson, Erik
Sent: Thursday, June 25, 2009 08:19
To: Wilczewski, Peggy; Burnett, Lynne
Subject: Fw: Duracell

This should be the last email trail on this topic and Practical would like to close the discussion at this point.

Sent from Blackberry

----- Original Message -----
From: andrew <andrew@ji-net.com>
To: Lawson, Erik
Sent: Thu Jun 25 00:09:35 2009
Subject: Re: Duracell

Dear Erik,

Thanks for the e mail. I just returned from HK and I spent enough time with Bel during this trip. She is handling it fine and definitely she would like, most of all, to forgive and forget about it. In a way, she also feel a bit guilty that Pregard lost his job because of this - and I told her not to feel that way as what happened is in the past and nothing can be done about it. So lets leave it this way - she totally understand and she can handle this.

I'll come to Hong Kong to have dinner with you on July 7. Lets meet at the Peninsula Hotel , the French restaurant - Geddi. It is on the side entrance on the 2 nd. floor. If you have any problem, please call my HK mobile no. 94900537. Or else, I'll see you there.

There'll be a lot of issues we need to discuss in terms of business. Practical's hope has been on growing our business with Duracell - however, with all the hard work we put in during the last 2/3 years - our order book is not supporting our operation now and in the foreseeable future. This is the most urgent challenge facing Practical at the momment. We are very disappointed with the level of order for the Daylites, as well as other business with your company.

Please be rest assured that Bel is doing fine and she is committed to Practical and will alway do her best for both of our companies.

See you soon in Hong Kong and looking forwards to catching up with you.

1

Confidential

Best personal regards

Andrew


----- Original Message -----

    From: Lawson, Erik <mailto:lawson.ec@pg.com>
    To: Andrew <mailto:andrew@net1.ji-net.com>
    Sent: Wednesday, June 24, 2009 12:27 AM
    Subject: RE: Duracell


    Dear Andrew


    Thanks for the reply.  I understand this is an uncomfortable situation for Bel.  I am simply offering to apologize in person on behalf of P&G as Mr. Cicvara violated one of the most important beliefs of the Proctor and Gamble Company – trust.  We have great respect for Bel and she has done a terrific job working with Duracell.  This incident has been managed very confidentially within P&G and only myself, Human Resources and a few others in executive management are aware of the details.  Nitesh and the other people Bel works with are not aware of this situation nor do they know any details.  Bel should not feel uncomfortable working with Duracell and we hope she will continue in her position and work with us as we grow our business together.  Please make sure she understands this.


    I will be in Hong Kong the week of July 6th.  I arrive at the Hong Kong airport at 2:00 PM on the 7th and should be at the hotel by 5:00 PM.  If you are available, it would be good to meet, if not only for dinner.  As we assess the lighting business, there may be more opportunity for Practical.  If you're not available, Christina and Mike will likely be in China at the end of July/early August and they will find time to meet with your then.  I look forward to hearing from you.  Thanks.


    Regards,


    Erik Lawson

    Associate Director

    Procter & Gamble Company

    Durables Spend Pool

    Duracell GBU SPOC

    203-796-4092

    lawson.ec@pg.com

Confidential

PG000481