FACTS PUT IN A CHRONOLOGICAL ORDER

1. The first time a possibility to switch USA AA and AAA cells in Korea with DCL cells was mentioned (I proposed it to - I really do not recall to whom - in Spring or Summer 2005 – in an e-mail – and copied Mani – who accidentally was in Asia at the business trip) – I was severely reprimanded – basically told to NEVER go above Mani's head without talking to him first.

2. Second time I have analyzed it, was after my business trip to Korea and Taiwan in May 2006 (I had a discussion with E.D. Hong – who basically proposed the same telling me that he already talked with majority of companies and that, if we price the product from DCL correctly – we were talking about 1 cent lower price – majority will actually switch to DCLK product). In the analysis I have shown that the margin is going to be increased by $700K. Not only that the effort was NOT made then to make the switch – my future trips to HK and Asia (and to Europe too) were abruptly STOPPED (and the trips were suppose to be a part of my "collection of value added ideas"). BTW in that report it was mentioned that the OVERALL number of ALL cells that Korea is consuming is 17M (and at that time the enormous increase of USA imported cells already has already occurred – in 2006 overall number of just AA cells exceeded 39M cells!!!!!). Could the reason for stopping me of my future trips was to immediately CUT even the slightest chance to possibly talk about the NUMBER of USA cells imported to Asia (and the reasons why that was happening???).

3. In June 2007 during our Global (WW) Sales meeting I was in the van with Josephine Chiu (who knows EVERYTHING and EVERYBODY in HK battery business) and Wendy Li and Alan Yu (they are covering China territories) – and I asked about the enormous number of AA cells imported from USA – mentioning Wah Tat company too. To my big surprise, not one out of these three (and obviously the biggest surprise to me was the fact that Josephine did not know it too) new or EVER heard about the Wah Tat company – and not one of these three new about the enormity of AA import from USA either. Unfortunately I left it at that – and the main reason for even asking this was actually to try to save us money in FY07-08 (by cutting all unnecessary costs) – one of the initiatives I started in May 2007. But now looking back at that fact – maybe the bell should have started ringing right there?

4. Edwin does not have the direct responsibility for any account in HK EXCEPT this one – Wah Tat. That is the fact.

5. At the beginning of our business with Wah Tat there was no SPR created whatsoever. We have started to sell AA (**ALL from USA FROM the very FIRST DAY!!!!!!!**) – even before it was mentioned as a business opportunity in

Edwin's weekly report. The copies of delivery reports and the first report were given to Nitin. The pricing of 9 cents even, begs **(at least)** three questions:

- Why would we give such a preferential pricing (BELOW the DC costs – that were $0.0905 until June 2006 and $0.105 as of July 2006 until June 2007) to the company that is NOT strategically important at all??
- Why USA CT was important for the **remote controllers** that we all know could as well run satisfactorily on zinc carbon batteries – therefore 5% better performance of US CT could NOT be a factor at ell.
- Why there was absolutely no word about "such a big and important business opportunity – no special HIGH volumes bidding – involved (where the approval is asked from financial and supply chain people too) – if this was a customer important enough that we had to give them a price BELOW the costs!!!

6. In the first few reports the columns that showed the product origin were hidden!

7. The HK administrator Yoko Co went to maternity leave somewhere in February 2006. At that time the replacement was hired for her – and PROMPTLY fired almost immediately (maybe few days) – with the comments that she is "destroying OEM business". After that NO reports (weekly delivery or monthly Top 50) were sent to Bethel until Yoko came back from the maternity leave (May 2007). Could it be that the replacement was smart and realized that while in the weekly delivery report the FE Global shipment were marked as an USA product (which it **had to be – since that document is obviously used as an order placement and shipping preparation database)** at the same time in the monthly delivery report this company and cells were presented as DCL product (with DCL costs and a POSITIVE margin). BTW Mani was at the business trip in HK around that time too.

8. After her return from the maternity leave Yoko Co was promoted to a supervisor (supposedly, because of her very hard work) and first got an administrator (Kenix Hui) – to help her with the delivery reports and orders, and after that she was also put in charge of the person (although only a temporary addition – but still a full time worker) – who is providing forecasts to USA and to DCL. That created a big friction in HK because hard working sales persons (especially Josephine) were not pleased with such developments (and Josephine would actually comment these things during our San Diego meeting too). The question here is "why" there was such a big need to get not one but basically two people to do the same job that Yoko was doing before alone?

9. In a meantime there was always a lots of noise here, and some sales people were given really hard time here in USA, with a constant pounding of possibilities of product diversion (from USA) and "we do not know what is really happening on a PPD side of the USA business" served ideas. Let's not forget that 90% of our

business is GENERATED in Asia – and that really the biggest threats of diversions are actually coming from there (not from USA).

10. In September 2006 – prompted by something (I really do not know what) Mani decided that the Asian business must be covered by SPRs. That is how the first SPR that I have ever seen for Wah Tat – was generated (Edwin was listed on it as a sales person in charge) – and that is where the CHINA cost was used and China cells were listed as cells used for that particular customer. An error?? Possible. But then, why I was told by Mani in May 2007 – when I asked why are we selling USA cells to Wah Tat? - :  "Edwin never told me he switched to USA product!" – and yet THERE WAS NO SWITCH whatsoever – from the day 1 the product sold to FE –Global and later to Wah Tat was of USA manufacturing origin!! Could it be that the SPR was generated just to have a cover in case somebody is asking about this in the future?? A copy of that SPR I gave to Nitin too – do not know does the original still exist or not?

11.  All that time (until very recently) the weekly delivery file submitted by Yoko Co – was so called "running file" where the file is changed on the fly – as the business go on – and re-submitted always under the same name "Delivery.xls"). Windows would not allow two files under the same name be opened or stored in the same directory. However I filed these files under weeks and months – so I do have copies "frozen" in times – and that was THE ONLY POSSIBLE WAY to prove that the product shipped from the day 1 was actually USA product – because it was clearly stated on the weekly delivery file!!! Yoko couldn't foresee what and how am I filing this files – so in her (and quite possibly some other) people mind everything was clean – because an SPR shows Chinese product and the only other officially submitted document – Top 50 report – also showed the same Chinese product – so a margin was positive and there was absolutely NO REASON to worry for anybody who would see these documents – that is UNTIL it is uncovered what is really going on – in which case these documents could become self-incriminatory ones (an SPR from September 2006 might have been destroyed lately??).

12. The moment Nitin brought up the question of possible diversion from HK to Latin America – weekly reports (as of December 2007) STOPPED to have USA mark close to Wah Tat – instead it was only a star sign. Coincidence – possible. But it could be just prevention too – do not risk that possibly, people who are receiving this report could see that USA sign and maybe somehow make a connection??? Again, nobody on that side – and even here could not have known that Nitin will ever come in the possession of knowledge about what was actually stated in the weekly reports per se (and only those are revealing the real truth).

13. Mani and Ana took vacation days (from December 19th 2007) for the rest of the year. Even though both of them are technically OUT of this group activities, the drawer that contains all SPRs is locked (for the first time that I can recall it was

ever done – since I am in this group). Why??? Even the normal activities needed every day in this group would be prevented because of such an act. Could it be a prevention of possible "sniffing" into the other data there, because some uncomfortable questions Mani have been facing lately could have come ONLY with the knowledge of what was being on the SPRs – so let's lock it while we are not here?