FIRST PART – IMPORTANT TO REMEMBER – FEW THINGS NOT DISCLOSED YET – and the SECOND PART (The most of it)

1. Hong Kong finance does not have ability to pin-point individual account financials. I was told this is the case by the financial person in the OEM Sales Group.
2. In January 2003 (or 2004) – when our costs went down – what were the ONLY 2 companies to receive an IMMEDIATE DISCOUNT and lower price (December versus January comparisons) – Dynax and Fibrotec.
3. If you look at the weekly delivery HK report itself – there is a stress on the USA cells there – to the point that it was mathematically precisely calculated EACH week – where the number is. WHY? (because "both sides" needed to know how big a monthly payout should be).
4. Yet – in spite of the mathematically extremely precise accounting for USA cells (and a different color on the reports) – the claims from Mani and Edwin were:
   - That USA cells started to be shipped to both Wah Tat and Fibrotec ONLY somewhere between September 2006 and May 2007 ("because Edwin did not inform Mani of the switch"). This in spite the fact that USA cells were shipped to both years before that.
   - In November 2007, Mani (and Edwin – since supposedly he was asked to provide help too) COULDN'T remember AT ALL that there is only ONE company that could possibly divert a large amount of USA AA cells to Latin America (from Hong Kong) – WAH TAT. Why both of them couldn't remember? – if they knew very well who was the company?
5. FE Global was presented as a NEW BUSINESS win. Incidentally Dynax was NOT announced as a business loss at that time. Why? Because they thought that would be the most convenient way to hide how long the business existed with Dynax-FE Global. Dynax, was officially buried (so all the traces to the USA cells business there were to be "forever forgotten") – and "new" business started.
6. Incidentally – when FE-Global started to take a lot USA AA cells – at about the same time one could see that Fibrotec focused on the AAA USA cells only (and before that it was AAA and AA – both).  It is almost as if these two companies were governed with the same man (since they are both extremely MINUTE and small companies – it is quite possible).
7. It appears that the switch from FE-Global to Wah Tat was done solely for the convenience of us shipping DIRECTLY to the re-packaging company – so that the shipments to Latin America are easier done – and the cost of shipping from FE Global to Wah Tat was PAID for by P&G (Duracell) – to minimize the costs for the Buyer and just increase the red numbers on our already eroded margins!
8. So, if we assume that 1 cent that was bellow the costs was given back, and then ONLY one cent for the convenience of closing eyes on the diverting – it is 2 cents per cell of paybacks. The low of big numbers comes to play here – 2 cents times say about 70 millions in the last two years is about  $1.4 million dollars – MOST probably in cash – since that is the HARDEST way to uncover an illegal

operation and the HARDEST one to prove too. This immediately places a big problem on the receiving end, which is how to distribute this money properly among the involved ones (since one is in USA, one is in Hong Kong and the third one is in ….. – not counting small fish in Hong Kong – which probably got the small money too).
9. To accommodate for the necessary moves to be able to distribute (and launder) the money, numerous trips of certain personnel were required. The trips were mostly between HK and USA and vice-versa, depending on who would travel where and for what reasons. But, as required, they happened also between HK and Europe and vice-versa, and then between Europe and USA too, and sometimes vice-versa. The most important thing is – they all required physical connections.
10. To make these trips "necessary" reasons for them should exist. So, the number of USA Sales meetings increased to about three per year, plus the Yearly sales meeting, plus the CE Show and some other shows (CEBIT – Asian CES etc.) as well, plus the "meetings to discuss strategic direction of our group etc. All these meetings had one thing in common – necessity that certain people always attend them IN PERSON. Again on top of these trips, there were USA visits to Asia – for one reason or another – but WHAT really can prove the point here is the fact that even when the travelling was solely for the Japan (new rechargeable cells) needs – the way was found to either go to HK or to get the other to come to Japan. WHY?
11. Talk about January 16, 2008 teleconference with HK – and what was said.
12. Mike Dixon's appointment to lead USA sales personnel did not make much sense at all – because of geographical reasons and the fact that Pat Deen should have been a logical person for such a position (but he was constantly referred to as a "stupid" Pat Deen etc.). The good reason though was – it would give him numerous excuses to be able to come to USA as needed – many times per year.
13. The appointment to lead the NA sales with Mike Dixon came about (the preparation for the move) – by my judgment – in May-June 2007 timeframe. Just about time when the first "unexpected blow" came upon the "GRAND plan" – which was the fact that a supply chain planning group COMPLAINED about the unexpectedly HIGH USA AAA and AA cells for ASIA. One thing has nothing to do with the other – but it looks a bit as a divine intervention – because blows starting to happen one after another from this point on. Or, maybe it was not a divine intervention, but something much more to the earth - the GREED became too big – and the volumes were too carelessly increased because the business was booming for everybody involved (and our margin was quickly shrinking as well). And about that time the house addition started – and could not be stopped – so the selling continued even though it appeared risky – and everything went quite well until November, 2007 and the diverting story.
14. The second blow (end of November 2007) - was the fact that the link was established between the diverted cells in Latin America and Hong Kong – something that planners of the "GRAND plan" did not counted on – because as grand as it was it became much more vulnerable the moment this link was discovered. And it was. The quick patch was tried – a second SPR for Wah Tat – also with the Chinese cells (in order to put it through quickly) – and to present

    that the biggest consumer of USA AA is actually using Chinese cells – to hide the FACTS. At this point – the "we do not know" behavior became the mantra (and was supported by providing Nitin with the Top 20 report – that shows Wah Tat as a company which is BUYING Chinese AA cells. WHY??????

15. The third and final blow to the plan came with the fact that weekly delivery reports were "frozen in time" for every week in the last 6 years – which established very STRONG and UNDENIABLE proof that the shipments to Wah Tat (Dynax, FE Global) and Fibrotec were made for years before the May 2007.
16. How to prove this? I will stop my writing here – this can be talked over if there is a desire in the company – if not I believe there are some other options for truth to come up at the end.