Predrag Cicvara
Duracell Global OEM Sales Group
The Procter & Gamble Company
Phone: 203-796-4252 Fax: 513-386-2021
cicvara.p@pg.com

---

**From:** DaPra, Rob
**Sent:** Friday, January 04, 2008 11:35 AM
**To:** Cicvara, Predrag
**Cc:** Wilczewski, Peggy
**Subject:** SUMMARY OF RECENT DISCUSSIONS


Predrag,

I am writing this note to you as a record of our recent discussions and a summary of my understanding of the situation which you have brought to my and others attention over the past month (inclusive of the recent holiday period). This note is written in a very fact based approach so please do not assume there is any particular points of view being put forth by myself. I want to be consistent with our conversations over the past month and focus at this stage only on the facts.

> It is my understanding that you have alleged that Mani Parmar and Edwin Ko have conspired to intentionally divert product by arranging for the sale of product to a customer(s) at a favorable price point(s) which would facilitate such customer(s) to resell such product into channels which such product was not intended for.
> You have alleged that such actions have been intentional and that Mani and Edwin behaved in such a way to prevent others from uncovering their alleged actions
> You have alleged that Mani has intentionally destroyed P&G materials which relate to the matter at hand
> You have assembled data, which you have provided on separate occasions to Nitin Batra and myself; it is your contention that such data supports your allegations against Mani and Edwin
> You have communicated your beliefs, allegations and the basis of those allegations in a number of ways over the course of the past month:
>> To me verbally on several occasions
>> To me, Nitin Batra, Lynn Mepham and Mark Bertolami in writing via email on multiple occasions
>> Provided me a written summary (not in electronic form) of your allegations and the basis of such
> In our last conversation on Wednesday January 2 I directed you to cease spending any time on this matter. I asked you if you understood this direction and you confirmed that it was clear and that you would no longer spend any time acting on your beliefs or thinking (to the extent possible) about the matter.
> My direction to you was based on the following:
>> Appropriate P&G personnel will handle this matter
>> Appropriate P&G personnel will determine when and how the matter is dealt with
>> Appropriate P&G personnel will be responsible for making any final determination with respect to this matter
>> It is not your role to conduct investigations nor are you experienced in investigating such matters at P&G
>> Given your position within the department you may not be perceived as being independent with respect to this matter and you should not be involved in any further investigation (in fact I had requested several weeks ago that you cease spending time on this matter)
>> Your role and the best use of your time at this point is to drive value in our current OEM business by looking at future opportunities
> I did not communicate to you during our discussions nor am I doing so here, who the appropriate P&G personnel are that will be managing this matter ; it is important that you trust your supervisor to make the appropriate decisions. All documents you have given to me and Nitin are in the hands of the P&G legal

group.
> If at any time you feel that the matter is not being properly dealt with you can contact either HR here in Bethel or the P&G personnel at the 800# provided on the internet to report such matters. You indicated to me that you understood this, that in discussions with your family that you have considered (although concluded not necessary at this time) to retain your own counsel with respect to this matter.
> You have confirmed to me that you have provided 100% of the materials / data which you have collected which forms the basis of your conclusions; that you have no other data in your possession other than what may / may not be stored on your computer
> You have indicated that your computer is soon to be replaced and that you have requested that this replacement not take place. The reason you stated was your concern that the IT department may "lose" a portion of the data stored on the computer during the transfer. You stated that this concern is based on your understanding of potential "relationships" between people in IT with certain persons who may have a connection to this matter and who might wish, in your judgment, that such data be destroyed. In our discussion I agreed with your request.

At this point I am communicating that this matter will be addressed by the appropriate P & G personnel and you should no longer be involved . Your allegations are serious and P&G will take actions which are deemed appropriate in the situation. If anything in this note is incorrect please let me know.


Regards,

Rob

Vice President Strategic Planning, Business Development and Alliances
Duracell Global Business Management Group
Phone - 203-796-4362
Fax - 866-734-7906