Statement For: (203) 243-0079
Account Number: 506934409
Corporate ID: PROCTER AND GAMBLE

Customer Service Number  1-800-937-8997

Jun 12, 2009

Page 21 of 497

## ROAMING CHARGES - (Continued)

| Date | Call Destination | Time | Number Called | Call Type | Minutes | Airtime Charges | Toll Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Thailand (AIS) | | | | | | | | |
| 6/09/09 | United Sta, NO | 9:24 PM | 203-838-5877 | | 1 | $ 1.49 | $ - | $ 1.49 |
| **Sub Total** | | | | | 32 | $ 47.68 | $ - | $ 47.68 |
| **SUBTOTAL** | | | | | 149 | $ 554.51 | $ - | $ 554.51 |

## MESSAGING CHARGES

| Date | Service | Time | Destination | Message Type | Messages | | Direction | Total |
|---|---|---|---|---|---|---|---|---|
| 5/19/09 | Croatia | 9:11 AM | 385980501 | Text | 1 | | Incoming | $ 0.20 |
| 5/19/09 | Croatia | 9:12 AM | 385996955345 | Text | 1 | | Outgoing | $ 0.20 |
| 5/29/09 | Bridgeport, CT | 7:46 AM | 203-521-7560 | Text | 1 | | Outgoing | $ 0.20 |
| 6/03/09 | Hong Kong | 12:36 AM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/04/09 | China | 1:04 AM | 8613825078827 | Roam Text | 1 | | Incoming | $ 0.20 |
| 6/04/09 | China | 1:41 AM | 8613825078827 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/04/09 | China | 1:44 AM | 8613825078827 | Roam Text | 1 | | Incoming | $ 0.20 |
| 6/05/09 | India | 9:43 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/05/09 | India | 10:00 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/06/09 | Hong Kong | 6:15 AM | 85296737194 | Roam Text | 1 | SINGAPORE | Outgoing | $ 0.35 |
| 6/06/09 | Hong Kong | 6:15 AM | 85296737194 | Roam Text | 1 | SINGAPORE | Outgoing | $ 0.35 |
| 6/06/09 | Hong Kong | 6:25 AM | 85296737194 | Roam Text | 1 | SINGAPORE | Outgoing | $ 0.35 |
| 6/06/09 | Hong Kong | 6:25 AM | 85296737194 | Roam Text | 1 | SINGAPORE | Outgoing | $ 0.35 |
| 6/07/09 | Cincinnati, OH | 1:41 AM | 513-237-4011 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/07/09 | Cincinnati, OH | 1:41 AM | 513-237-4011 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/07/09 | Cincinnati, OH | 1:41 AM | 513-237-4011 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/07/09 | Cincinnati, OH | 5:24 AM | 513-237-4011 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/07/09 | Cincinnati, OH | 6:50 AM | 513-237-4011 | Roam Text | 1 | | Incoming | $ 0.20 |
| 6/07/09 | Hong Kong | 8:11 AM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/07/09 | Hong Kong | 8:18 AM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/08/09 | India | 3:43 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/08/09 | India | 3:43 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 6/08/09 | India | 4:01 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| 1. 6/08/09 | Hong Kong | 6:57 AM | 85296737194 | Roam Text | 1 | BANGKOK | Outgoing | $ 0.35 |
| 2. 6/08/09 | Hong Kong | 7:00 AM | 85296737194 | Roam Text | 1 | BANGKOK | Outgoing | $ 0.35 |
| 3. 6/08/09 | Hong Kong | 7:05 AM | 85296737194 | Roam Text | 1 | BANGKOK | Outgoing | $ 0.35 |

The date and time for all messages corresponds to Pacific Time (PST/PDT).

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls
(I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (T) T-Mobile Number (U) HotSpot Call (V) myFaves Call (X) T-Mobile @Home Call

Confidential

Statement For: (203) 243-0079
Account Number: 506934409
Corporate ID:
PROCTER AND GAMBLE

Customer Service Number   1-800-937-8997
Jun 12, 2009

Page 22 of 497

## MESSAGING CHARGES - (Continued)

| | Date | Service | Time | Destination | Message Type | Messages | | Direction | Total |
|---|---|---|---|---|---|---|---|---|---|
| 4. | 6/08/09 | Hong Kong | 7:05 AM | 85296737194 | Roam Text | 1 | BANGKOK | Outgoing | $ 0.35 |
| 5. | 6/08/09 | Hong Kong | 7:07 AM | 85296737194 | Roam Text | 1 | BANGKOK | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 2:44 PM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 2:49 PM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 2:56 PM | 85296737194 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 3:00 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Bridgeport, CT | 5:09 PM | 203-521-2165 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 7:52 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Hong Kong | 8:05 PM | 85291057640 | Roam Text | 1 | | Incoming | $ 0.20 |
| | 6/08/09 | Hong Kong | 8:14 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | Bridgeport, CT | 9:11 PM | 203-521-2165 | Roam Text | 1 | | Incoming | $ 0.20 |
| | 6/08/09 | Bridgeport, CT | 9:12 PM | 203-521-2165 | Roam Text | 1 | | Incoming | $ 0.20 |
| | 6/08/09 | Bridgeport, CT | 10:20 PM | 203-521-2165 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/08/09 | India | 10:53 PM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | China | 12:20 AM | 8613825078827 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 1:41 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 1:45 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 1:54 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 2:16 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 2:17 AM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | Bridgeport, CT | 10:05 AM | 203-521-2165 | Roam Text | 1 | | Incoming | $ 0.20 |
| | 6/09/09 | Bridgeport, CT | 10:07 AM | 203-521-2165 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | Hong Kong | 1:18 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | Hong Kong | 3:27 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | India | 7:47 PM | 919958589850 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | 6/09/09 | Hong Kong | 8:15 PM | 85291057640 | Roam Text | 1 | | Outgoing | $ 0.35 |
| | **SUBTOTAL** | | | | | **52** | | | **$ 16.70** |

The date and time for all messages corresponds to Pacific Time (PST/PDT).

## DATA SERVICE CHARGES

| Date | Service | Megabytes | Total |
|---|---|---|---|
| 5/10/09 | RIM Blackberry | 4.9296 | $ - |
| **SUBTOTAL** | | 4.9296 | $ - |

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls
(I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (T) T-Mobile Number (U) HotSpot Call (V) myFaves Call (X) T-Mobile @Home Call

Confidential

PG000416