## PART OF EXHIBIT G (Affidavit) - EXACT EXPLANATION

**Messages exchanged on Monday 6/8/2009 from 8:57 PM to 9:07 PM - Thailand (Bangkok) Time Zone per official T-Mobile bill for 203-255-7544**

| Message # | Time Stamp - USA PST - from P&G phone bill for 203-243-0049 | What was stated in the message per Predrag's Deposition Testimony? | Time in Bangkok | Time in Hong Kong | Time that should have been shown on Bel's phone (HK) | NOTES: |
|---|---|---|---|---|---|---|
| 1 | 6:57 AM | Predrag: Can I come to your room to eat dessert with you? | 8:57 PM | 9:57 PM | **10:05 PM** | Bel's phone was off by 8 minutes ahead based on Singapore's record that Bel provided and Peggy captured (page 000612) - therefore the times in Column H - should have been times shown on the page 000612 - but they do not match! |
| 2 | 7:00 AM | Bel: No, I am tired | 9:00 PM | 10:00 PM | **10:08 PM** | |
| 3 | 7:05 AM | Predrag: Ok - have a good night sleep then. | 9:05 PM | 10:05 PM | **10:13 PM** | |
| 4 | 7:05 AM | Bel: Hey, I changed my mind - you can come! | 9:05 PM | 10:05 PM | **10:13 PM** | |
| 5 | 7:07 AM | Predrag: OK - will be there in a minute. | 9:07 PM | 10:07 PM | **10:15 PM** | |

**Messages that Bel Liu forwarded to Peggy Wilczewski, supposedly exchanged on 6/8/2009 - provided on the Bates page 000612 - listed chronologically**

| Message # | This should be (but it is not) recorded on the P&G phone bill for 203-243-0049 - USA PST - if Bel's statement were true (15 hours and 8 minutes subtracted) | This is what Bel claims were the th econtents of the messages exchnaged. Notice the sixth message - supposedly sent by Predrag Cicvara at 7:05 AM | Time in Bangkok | Time in Hong Kong | Time and text (column C) that Bel provided to Peggy - time is off Bel's phone - 8 minutes ahead. | NOTES: |
|---|---|---|---|---|---|---|
| 1 | 6:57 AM | Predrag: Hey if you want a company for desert let me know | Not important | Not important | 10:05 PM | 1. There is one more, obviously fabricated e-mail (six versus 5 that really were exchanged). |
| 2 | 6:57 AM | Bel: I want to take a rest | Not important | Not important | 10:05 PM | |
| 3 | 6:59 AM | Predrag: Have a good night sleep and sweet dreams | Not important | Not important | 10:07PM | 2. Times on e-mails are not aasigned properly. First three e-mails are obviously similar on Bel's statement - which means that she tampered with times - as times should have been as listed in the table above (Column B) |
| 4 | 7:01 AM | Bel: Sorry! I am not really well tonight. Anyway, Yuan left already. | Not important | Not important | 10:09 PM | |
| 5 | 7:05 AM | Predrag: I know you are not and just wanted to be with you without dirty thoughts …so let me know I need few minutes for e-mails and then can bring desert to your room if you want. (**this is the message that was never written by Plaintiff**) | Not important | Not important | 10:13 PM | 3. E-mail on 10:13 (Bel's phone time) was sent by Bel, not Predrag (see above) - and the text she sent to Peggy, see on the left, is completely fabricated |
| 6 | 7:07 AM | Predrag: OK just few minutes please. | Not important | Not important | 10:15 PM | There is no logical sense in what is written in e-mails 4 - 5 and 6 |

**Note 1:** Time on the T-Mobile official bill is Pacific Standard Time in USA. It is 14 hours behind the Bangkok. Thailand time, and 15 hours behind Hong Kong / China time in summer. Bel's phone is on Hon Also, Bel's phone is 8 minutes ahead of the correct China time.

**Note 2:** Hong Kong / China time is 1 (one) hour ahead of Bangkok, Thailand time.

**Note 3:** Why would Predrag write in his last message: OK - just a few minute please - if he sent (according to Bel) the fifth message two minutes earlier? OK - to what?? While it does have sense in the above table, it d any sense in the Bel's table. WHY? Because the messages in Bel's table are out of sync (and time stamps) they are tampered with, and the fact that she had added a message that did not exist, changed the flo conversation and made it a completely nonsensical.

| | J |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | **g Kong time.** |
| 36 | |
| 37 | |
| 38 | |
| 39 | oes not make |
| 40 | v of |
| 41 | |