Text messages forwarded by Bel Liu to Peggy Wilczewski on Friday, June 12 at 6:54 am ET using Aicent MMS Virtual Delivery

P's msg on 6/6 21:23 in Singapore
Part 1 – Text
Hi Bel Tried to call you few minutes ago – just to let you know that I wouild like to bring you your sun protector and the shirt from Hard Rock Café – did noit want to come unannuinced to your room, If I said anything that have offended you I am sorry.

P's msg on 6/6 21:32 in Singapore
Part 1 – Text
You are breaking one of the four agreements by making (unwarranteed) assumptions about me or my intentions. I am too open and I like way too much to have any hidden ideas. ARE you angry at me????????

P's msg on 6/8 22:05 in Thailand
Part 1 – Text
Hey if you want a company for desert let me know!

B's reply on 6/8/22:05 in Thailand
Part 1 – Text
I want to take a rest.

P's message on 6/8 22:07 in Thailand
Part 1 – Text
Have a good night sleep and sweet dreams.

P's msg on 6/8 22:13 in Thailand
Part 1 – Text
I know you are not and just wanted to be with you without dirty thoughts…… so let me know I need few minutes for emails and then can bring desert to your room if you want.

B's reply on 6/8 22:09 in Thailand
Part 1 – Text
Sorry! I'm not really well tonight. Anyway, Yuen left already.

P's msg on 6/8 22:15 in Thailand
Part 1 – Text
OK just few minutes please

ONFIDENTIAL

PG  000612

| | |
|---|---|
| From: | Bel [bell@practical.com.hk] |
| Sent: | Friday, June 12, 2009 8:18 AM |
| To: | Wilczewski, Peggy |
| Cc: | Schmude, Dina |
| Subject: | RE: For your review |
| Attachments: | Notes from Bel Liu on 6-11-09.doc; Re: Please Read This E-mail; P's msg on 6/9; B's reply on 6/9; P's msg-II on 6/9; P's msg on 6/10; P's msg-II on 6/10 |

      

Notes from Bel Liu on 6-11-09....　Re: Please Read This E-mail　P's msg on 6/9　B's reply on 6/9　P's msg-II on 6/9　P's msg on 6/10　P's msg-II on 6/10

Dear Peggy,

I forwarded you 8 text messages that I couldn't convert them to email format this morning. Let me know if you didn't receive them. I also attached Predrag's email and the 5 remaining messages as email format.

Besides, I amended the notes and highlighted in blues for my changes. I added on some memories and feelings. Please understand that I tried to be polite when hosting customer.

Andrew's email is andrew@ji-net.com. Let me know what else do you need.

Best regards,

Bel

Practical Group of Companies

Tel: +852 2332 1887

DL: +852 2781 3166

Fax: +852 2770 3754

www.practical.com.hk <http://www.practical.com.hk/>

Disclaimer

Information contained in this message is confidential and may be legally privileged. This message is intended solely for addressee(s). If you are not the named addressee, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful.

)

From: Wilczewski, Peggy [mailto:wilczewski.pm@pg.com]
Sent: Friday, June 12, 2009 12:54 AM
To: Bel
Cc: Schmude, Dina
Subject: For your review

1