From:       Schmude, Dina
Sent:       Wednesday, June 10, 2009 11:52 AM
To:         bell@practical.com.hk
Cc:         Wilczewski, Peggy
Subject:    RE: Austin Lin - follow up to conversaton

Attachments:    image001.gif


Image001.gif (6 KB)

Bel,

Tomorrow at 19:30 your time is perfect.  Peggy and I will call you then.

Regards,

Dina

---

From: Bel [mailto:bell@practical.com.hk]
Sent: Wednesday, June 10, 2009 10:52 AM
To: Schmude, Dina; Bel
Cc: Wilczewski, Peggy
Subject: Re: Austin Lin - follow up to conversaton

Dear Dina,

Thanks for your prompt response.
As I just returned to HK today, I will only be available to talk at 07:30 your time tomorrow/ 19:30 my time tomorrow. You may call me at (852) 9673 7194.

Regards,

Bel

Sent via BlackBerry® from 3

---

From: "Schmude, Dina"
Date: Tue, 9 Jun 2009 13:11:39 -0400
To: <bell@practical.com.hk>
Subject: Austin Lin - follow up to conversaton

Bel,

1

NFIDENTIAL

Austin Lin contacted me today to let me know that you shared with him a concern that how one of our employees, Predrag Cicvara, made unwelcome advances to you. I want to reassure you that both myself and my manager, Peggy Wilczewski, take your complaint very seriously and are fully committed to investigate this matter.

I realize there is a significant time difference between here and Hong Kong so we would like to find out when you can be available for a phone call. We would like to ask questions about the situation with Predrag so we can better understand what has taken place.

Please let us know the phone number to use to contact you and what time of day is the best to reach you. Once you send that, we will set up a time to speak with you.

Again, let me reassure you that we take these complaints very seriously and will make this investigation a top priority.

Regards,

Dina Schmude

Human Resources Manager

203-796-4080

866-488-1862 Fax

2