

# THE LAW OFFICE OF MICHAEL E. SKIBER, LLC**
## 135 ELM STREET, BRIDGEPORT, CT 06604

**LICENSED IN CONNECTICUT AND NEW YORK.

July 9, 2009

*Sent Via Facsimile (203)796-4518 and Registered Mail Return Receipt Requested*
Procter & Gamble
Corporate Counsel Duncan Sparkes,
14 Research Dr
Bethel, CT 06801-1000

      Re:  Predrag Cicvara

Dear Mr. Sparkes:

    Please be advised that this office represents Mr. Predrag Cicvara in legal claims against the Procter & Gamble Company and/or Duracell.

    As you probably are aware, Mr. Cicvara was a hard-working and valuable employee of both Gillette and Procter & Gamble for nearly a decade.  During his dedicated service, Mr. Cicvara earned substantial stock option compensation.  Regrettably, it is our understanding that P&G intends to snatch away Mr. Cicvara's options without proper legal authority.  Accordingly,

**DEMAND IS HEREBY MADE FOR PROCTER AND GAMBLE TO IMMEDIATELY HONOR MR. CICVARA'S EXERCISE OF HIS VESTED STOCK OPTIONS PURSUANT TO THE JULY 3, 2009 REQUEST TO EXERCISE.**

    Should you choose to ignore our demand, this office is prepared to immediately assert Mr. Cicvara's rights and seek any and all legal and equitable remedies available in the appropriate jurisdiction.

    In anticipation of court action, we request you preserve any tangible and intangible evidence related to Mr. Cicvara's employment, including but not limited to:  emails, computer records, phone logs, blackberry messages, tape recordings, written correspondence, and personnel files.  Do not contact Mr. Cicvara regarding this matter.  Any correspondence concerning this matter must be directed to this office only.  I look forward to your anticipated cooperation in reaching a mutually agreeable resolution in this matter.

                              Very Truly Yours,

                              Michael E. Skiber, Esq.

cc:  Predrag Cicvara

CONNECTICUT:  (203) 615-0090
NEW YORK:        (917) 670-5800

EMAIL: SKIBERLAW@GMAIL.COM
FACSIMILE: (203) 335-0607

Dear Mr. Sparkes:

Please be advised that this office represents Mr. Predrag Cicvara in legal claims against the Procter & Gamble Company and/or Duracell.

As you probably are aware, Mr. Cicvara was a hard-working and valuable employee of both Gillette and Procter & Gamble for nearly a decade. During his dedicated service, Mr. Cicvara earned substantial stock option compensation. Regrettably, it is our understanding that P&G intends to snatch away Mr. Cicvara's options without proper legal authority. Accordingly,

**DEMAND IS HEREBY MADE FOR PROCTER AND GAMBLE TO IMMEDIATELY HONOR MR. CICVARA'S EXERCISE OF HIS VESTED STOCK OPTIONS PURSUANT TO THE JULY 3, 2009 REQUEST TO EXERCISE.**

Should you choose to ignore our demand, this office is prepared to immediately assert Mr. Cicvara's rights and seek any and all legal and equitable remedies available in the appropriate jurisdiction.

In anticipation of court action, we request you preserve any tangible and intangible evidence related to Mr. Cicvara's employment, including but not limited to: emails, computer records, phone logs, blackberry messages, tape recordings, written correspondence, and personnel files. Do not contact Mr. Cicvara regarding this matter. Any correspondence concerning this matter must be directed to this office only. I look forward to your anticipated cooperation in reaching a mutually agreeable resolution in this matter.

Very Truly Yours,

Michael E. Skiber, Esq.

cc: Predrag Cicvara

CONNECTICUT: (203) 615-0090
NEW YORK: (917) 670-5800

EMAIL: SKIBERLAW@GMAIL.COM
FACSIMILE: (203) 335-0607

---

TRANSMISSION VERIFICATION REPORT

TIME : 07/09/2009 08:58
NAME :
FAX : 2033350607
TEL : 3350607
SER.# : 000J5J781788

DATE,TIME : 07/09 08:57
FAX NO./NAME : 12037964518
DURATION : 00:00:27
PAGE(S) : 01
RESULT : OK
MODE : STANDARD
        ECM