1. I have been questioned for about 10 minutes on Monday, June 15th, 2009 after I came to work, by HR director, my boss and one other person, about what have happened during the night of June 8th, in your room in Emporium Suite hotel in Bangkok. I was told that there is a recording from the events that night, that was accidentally or not, recorded on the answering machine of your boss (Andrew).

2. I did not deny that something was going on. Did not want to listen to the recording. I just told them the truth; what was going on that night was a consensual relationship between two adult persons who knew each other before and had a friendly and emotional relationship going on for few months already. I told them that you have sent me a message that I can come to your room (to eat the dessert together). Also, I told them that nothing was forced upon any of us while being together and that at any point in time what was going on could have been stopped by either one of us – which eventually did happen at the moment when we just ate desserts and I have left the room w/o any harm happened to any of us.

3. I was promptly "terminated for Cause" which meant that I was escorted from the building half an hour later. I was paid only until June 15, 2009. All my stock options (value was several hundreds thousand dollars) were cancelled immediately, even though I got them from 2001-2005 and never exercised them. I was fired without any severance payment either.

4. What this means to me – my whole life is destroyed. I lost my job in a situation where it will be very hard for me to find another due to the economic situation in USA and partially due to my age. I will lose my house if I don't find a job fast, which is very unlikely. My marriage is destroyed as well, my family is all against me, for good reasons, and my son may be psychologically affected possibly for the rest of his life.

My question to you Bel is why? I remember you have called your boss in the course of that evening to let him know what the final numbers are for the bidding tomorrow. It is quite possible that the phone was then left on, and that next morning when you were faced with the recordings, you, in order to protect yourself, your marriage and integrity of your position at Practical just told your boss that it was me who came to room uninvited and that you were "victimized". That may have prompted him to report it immediately and you just went on with it.

While I can understand that, please try to understand my situation right now – the gravity of it is such that I still am trying to comprehend it. What you can do to help me is just to write the statement of your own, explaining that we knew each other for quite some time, that there was an exchange of e-mails going back and forth, since January 2009, that what happened that night was in no way harmful to you, but it was just a consensual relationship between two of us that eventually ended up without any harm to any of us. Also, you could say that it was you who sent the text message that I can come to your room to eat the dessert together.

Please keep in mind that even with such a statement there is not much I can do to ease my position, but I might be able to try to at least decrease the financial damage to my family. The embarrassments I have gone through by being terminated on the spot, by being judged by my wife, son and family, and the one where I can hardly face anybody I have known from Duracell (last 9 years of my life) because "there are something bad about him – if he has been terminated on the spot" are punishments that even if were not coupled with the financial disaster and lack of work (which they are) are bad enough to burry me forever.

So please, understand that what I am asking for you to do is a just and correct thing to be done. You will not risk anything – your job is secure, your marriage is secure, and the statement may help me to at least try to start gather some pieces of my shattered life together. Think about it and do what the right thing is.

Predrag