6-15-09

Where have you been the last wk with Mr. Bel Lu.
Indonesia + Thailand of her.

Did you see her for mtgs + other times?
mtgs, dinner, after dinner
After dinner where?
In the bar
We have documents — hotels have cameras,
emails, + phone conversations
I went to her room to discuss things of her
What kinds of things?
Some are a bit personal of hers + with me.

Did she invite me to her hotel room?
Did she ask you to leave + did you refuse to leave?

Did you touch her in any way?
Yes, I was sorry for her, she confined
certain things of me that I'd rather
not discuss here
I did not have many business discussions
in her hotel room. She confined to me
that she broke up somebody in her life.

Did you take off your clothes in her
hotel room? No.

02/07/2011 15:52 FAX   1212 218 5270        SEYFARTH SHAW LLP                    ☒018/023

Have you sent an email to her
for being a dirty old man?

She was at some pt. misunderstanding
my intentions

Did you tell her that you wanted to
rape her?
Look it was in a hotel & she was dressed in
a way. I told her I had a feeling I
could rape her but I never had that in
my mind + I didn't think she'd think
about it seriously.

What did you do or say to make her
uncomfortable?
I asked if I could come to her room.
She was dressed in very short shorts.
I've seen + I looks like I could rape
you like that. You are showing off.
I had a feeling of Bel that was very
warm to her or she confused certain
things to me. I had the feeling I had
to protect her from the harm. She will be
                    ⟨harms⟩
in harms way by her boyfriends.
I wanted to help her about what
I came to her room to tell to her.
She said don't touch me. I touched her arm

CONFIDENTIAL                                                                    PG 000645

she felt fine. She talked about the
guy who left
I said I could rape you because
she was showing off
She said please can you go & I left the room.
I didn't want to harm her.

LB> When you were in her hotel room — was she
afraid of you & she called her room.
When she asked me to leave, I left

Never touched her, never chased her
never took your clothes off.

Did you ever come to her room
when she did not want you? No

Was she sick in bed when you went there?

She never told me she was sick

Where did this take place?
    In Bangkok —
    Emporium Suite

We were in the restaurant of Wkg team
(Louie, PC., Mr. _____, Andrew Bul.)

Case 3:09-cv-02054-JCH   Document 88-17   Filed 05/27/11   Page 5 of 10

Case 3:09-cv-02054-JCH   Document 88-17   Filed 05/27/11   Page 5 of 10

I was stroking her head - tried to get her head there (pt to his chest).

After we ate dessert, I left.

How many nights did you go to her hotel room? That was the night.

How many days were you together?
 Andunise Benjamin (one night)
 Wed, 7 8 9 10
 (for 6 days)

Did you attend harr. training? Yes
Do you understand no. camp. policy? Yes

Do you realize you were a camp. rep & this is one of our suppliers?
I think what I did was not inappropriate.

Do you think the things you did your wife would find appropriate?
Strictly speaking probably not.

My wife might think I did something inappropriate. She would'a like me to feel for other women.

CONFIDENTIAL    PG 000647

What do you feel for Red?
I have very warm feeling for Red. I feel she is probably in not too good of a relation with her husband. She's married & didn't tell me that she was married.

How old is Red?
30 I think
How old are you? 54

Is she an attractive woman?
She's a good looking woman. I don't know if she is attractive. This doesn't have anything to do w/ attractiveness. This kind of relationship didn't happen in ?
I'm not saying it's appropriate. The email thing about her. It was more than normal relationship that is in a business relationship

KB→ If there was a recording that you were being asked to leave a room
you didn't, how do you explain that?
I left the room. Why is there a recording?

CONFIDENTIAL                                                                          PG 000648

Case 3:09-cv-02054-JCH   Document 88-17   Filed 05/27/11   Page 8 of 10

I left her room w/ not harming her.

She apologized to me + I didn't understand why. She m[ss] when she didn't come in 2nd day of audit, she apologized + said she was sorry for what she did. Now I understand why. Oh my God.

Why did you put her who she had told? I tried to understand why she was apologizing. I asked her who she told because I couldn't sleep. I even sent her an SMS message asking why she was apologizing. She said you'll understand one day.

Do you realize that harass is illegal + the comp. + you can be sued for harassing behavior? I didn't want to harass anybody.

Anything else that you'd like to tell us?
Listen, I think it's a situation that I'm sorry if I did to harm the company. I did not mean to hurt anybody. She apologized to

me. I feel that to a point I was provoked — I shouldn't be saying this — if I was thinking of things the way it turned out I should not have been touching her the way. It didn't come from one day. I believe it came close in the sense I was the person who wanted to confirm us. It was a warm relationship between us. I'm trying to explain why maybe at some pt. it became personal. When she told me to leave her room, I left her room. There was nothing between us.

Violation of PVP,
- engaging in harassment.
    violated comp. policy & PVP's
- harr. supplies

? telling Lynn that she has destroyed his life.

CONFIDENTIAL                                                                         PG 000650