# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and thirteen.

_____

Predrag Cicvara,

Plaintiff-Appellant,

v.

Gillette Co., Proctor & Gamble Co., Inc.,

Defendants-Appellees.

_____

**STATEMENT OF COSTS**
Docket No. 12-338

    IT IS HEREBY ORDERED that costs are taxed in the amount of $2,018.20 in favor of the defendants-appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/12/2013