Predrag Cicvara
2122 North Benson Road
Fairfield, CT 06824
Ph. 203-255-7544
e-mail: predrag.cicvara@gmail.com



Fairfield, June 15, 2015

Office of the Clerk
United States District Court for the District of CT
Bridgeport Divisional Office
915 Lafayette Boulevard
Bridgeport, CT 06604

**SUBJECTS:**

1. Requests to seal the court documents related to the case: 3:09-cv-2054 (JCH) – CT Federal Court, Predrag Cicvara v. The Gillette Company at al., and to seal the court documents related to the case: 12-338-cv / Second Circuit of Appeals NYC/ Predrag Cicvara vs. Gillette et al. (this one was rewritten once already)

2. Request to Issue a Court Order to Google, Yahoo and Bing (Microsoft Search Engine that is also used by Yahoo.com) Public Search Engines - for the removal of links that lead to the documents related to these two court cases (after my name: Predrag Cicvara is used as a search query).

Dear Judge,

Please issue court orders to seal the court documents listed above, and an order that will force Google, Yahoo and Bing to remove the links that lead to the case documents after my name: Predrag Cicvara is typed into the search query as stated under subjects 1. and 2. above.

**Justification for the requests**:

I was the plaintiff in the case 3:09-cv-2054 (JCH) and I have lost the case back in November 2011. I have opted for the appeal that I have lost again, by the judgment of the Second Court of Appeals in NYC, in early 2013.

The facts that I got fired from Duracell in June 2009, that I lost the rights to exercise over 11,000 incentive options in P&G, earned from 2001 trough 2005, that I lost my position and salary instantly, that I was humiliated as a person by having been escorted out of the

building on June 15, 2009, that my family and I went through terrible emotional pain after these things happened, which continued after I lost both, the base lawsuit and the appeal after, are all hard enough for me, for my wife and for my son and these events left emotional scars on all three of us.

However, what is happening on Internet now, with the court documents that are publicly shown as search results, from the time after the judgments were issued, continuously, and into the fourth year by now, is much, much worse.

If someone writes my name: "Predrag Cicvara" in Google / Yahoo / Bing search engines – links appear that lead to the judgments of either 3:09-cv-2054 (JCH) case or of the appeal: 12-338-cv case. *There exist only one Predrag Cicvara in the USA – myself*, and so the content of these documents affects me negatively directly, not to mention the harm and emotional pain it brings continuously and repeatedly to my wife and my son as well. It feels as we are repeatedly punished, and as we all have to live through the same nightmares we went through already, over and over again, any time one of these links pops out in the search results, and that is happening continuously, at least once a month, and sometimes much more frequently.

Many times I have managed to get the webmasters of the sites that were publishing these documents to block these links (by using the robots.txt blockers). *Google and Microsoft would never enable the removals themselves* citing that they are not responsible for the appearance of these links in the search results as they are merely "providing the means for the already published public documents to be found", and they would always recommend that contacting the webmasters of the sites directly, and asking them to block the links is what needs to be done. That worked, as I stated before, in possibly 95% of the cases, or even more of them. The other option (as stated by Google / Microsoft) was for me to obtain the court order that will tell them to remove the links – in which case they will follow the order and remove the links themselves immediately (which is what I am trying to do right now).

Unfortunately, I am now in a position where there are three links that I cannot influence anymore, by any means available to me, as the responses that I am getting from the people in charge of these sites are that they are either not willing to remove the links because of the "first amendment  - freedom of speech" or because they are willing to remove only after the court order is received by them to do so (like in cases of leagle.com and ctlawtribune.com) or if the document is sealed – like in the case of: https://ecf.ctd.uscourts.gov. Here is how the first few hits looks like today – after my name is typed into the Google search engine:



I am working now again. I have found a new job in December 2010, 18 months after I was fired, as at that time I was 55 years old, it was the start of the hard recession, and it was very difficult for me to find the job. I do feel that (to an extent, as it is never stated openly) now, since the case details are present on Internet almost constantly, in spite of my every day struggle to get links removed, I am not regarded as positive anymore at my work, as before the Internet links started to pop out. Also, because of the extremely damaging personal details, especially in the judgment for 3:09-cv-2054 case (that reappeared as a pdf. document a few days ago, at the beginning of June 2015, and that triggered these requests now) I feel that my whole future may be negatively influenced (I probably can never find a new job now), as could be the future of my wife and my son too (on top of the emotional pains for all of us, especially for my wife who is a teacher in the high school, that are present any time a new link appears).

Please help us to get our normal lives back, lives without daily checking of Google and Yahoo search results, lives free of constant fear of same harms and pains that our entire family already went through not just once, unfortunately. It appears that the only way for us to get there, would be if the court seal the cases, and also issue orders to Google, Yahoo and Microsoft public search engines to remove the links related to these two cases, as requested above.

Thank you very much for your help and understanding. Please do not hesitate to contact me if any other documentation, e-mail or anything else that you may need from me is required for the right decision to be made. If you think that the court order for Google, Yahoo and Bing (public) search engines (as described under 2.) would suffice, then the

sealing of the cases may not be necessary, perhaps. Whatever you decide, please try to protect us from the further damages. We were punished harshly already, by the court decisions and all we have been through, it is not necessary that we be punished time and time again; it is becoming unbearable to us.

Sincerely,

*Predrag Cicvara*

Predrag Cicvara